# EXHIBIT A

Sworn Affidavit of Andy Evans and Franco Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


CASE NO. 26-CV-61237-DSW


ANDY EVANS,

Plaintiff,


v.


MARKWAYNE MULLIN, et al.,

Defendants.


DECLARATION OF ANDY EVANS


I, Andy Evans, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action and have personal knowledge of the facts stated herein.

2. I filed Form I-751, Petition to Remove Conditions on Residence, in November 2021.

3. During the years that followed, USCIS conducted multiple interviews, investigations, and reviews concerning my petition.

4. My spouse and I attended each interview requested by USCIS and cooperated fully throughout the adjudication process.


5. During the most recent interview, the interviewing officer indicated that the petition was being

1

recommended for approval.

6. Based upon the officer's statements, the extensive review that had already occurred, and the length of time the petition had been pending, I believed USCIS was nearing a final favorable decision as they told me during my hearing – in the company of my attorney (an Officer of the Court) in that matter – that approval was being recommended.

7. After this federal lawsuit was filed, USCIS issued a denial of the petition containing findings and conclusions that I dispute.

8. I submit this declaration in support of my Response in Opposition to Defendants' Motion to Dismiss and Request for Leave to Amend.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2026, in Hallandale Beach, Florida.

Andy Evans

2

**AFFIDAVIT OF FRANCO DAVID MARTÍNEZ-ROGERA**

28 U.S.C. § 1746 – Declaration Under Penalty of Perjury

I, Franco David Martínez-Rogera, born October 27, 2001, in Argentina, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I currently reside at 2080 South Ocean Drive #1505, Hallandale Beach, Florida 33009, with Brian Evans and Andy Evans, who have supported and assisted me since my arrival in the United States.

2. I first met Brian Evans and Andy Evans at a restaurant in Argentina. We became friends, and they were concerned about the unsafe conditions in the area of Wilde, Argentina, where I lived. After I came to the United States, they helped me adjust and begin building a stable life.

3. Since arriving in the United States, I have completed my high-school diploma through an accredited online program. I accomplished this even without work authorization, as a way to continue my education and remain productive. Brian and Andy Evans paid for the tuition and also for my driver-education course, through which I earned my driver's license. They have provided steady guidance and encouragement as I work to become independent.

4. In April and May 2025, while I was checking in weekly at BCI Incorporated in Yakima, Washington, a female ICE agent—the same officer who had previously taken part in a home visit concerning Brian and Andy Evans—entered the room during my routine appointment. On at least two occasions she stated, in substance, that if I would admit that Brian and Andy's marriage was fraudulent, she would have my work-

authorization application approved that day. She also said she was aware that I had applied for it and that she was the reason it had not yet been approved. This statement would have been false, and I refused to make it.

5. The pressure and delay that followed caused me significant anxiety and distress. I have tried to stay busy and positive—completing my education and following every instruction given to me—but the continued inability to work has been discouraging. I want only the opportunity to live responsibly, to work, and to have a sense of dignity and purpose.

6. After I was granted permission by my supervising officer to relocate to Florida in May 2025, I moved to Miami. The ICE and BCI personnel there have treated me respectfully and have reduced my reporting frequency, recognizing my compliance and good conduct.

7. Brian Evans has faced his own serious health challenges, including a diagnosis of cancer, yet he has continued to help me build a new life in the United States. I am deeply grateful for his and Andy's kindness. Now I hope to have the chance to work and support myself, to contribute to the community, and to live with dignity and purpose.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2025, at Hallandale Beach, Florida.


_____Franco Martinez_____

Franco David Martínez-Rogera

# EXHIBIT B

# SWORN AFFIDAVIT OF BRIAN EVANS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-61237-DSW

ANDY EVANS,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

DECLARATION OF BRIAN EVANS

I, Brian Evans, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth

herein.

2. I have personal knowledge of the relationship and marriage between Andy Evans and his spouse.

3. Based upon my personal observations, interactions, and experiences with them over the years, it is my sincere belief that their marriage is genuine and bona fide.

4. I have reviewed the denial issued by USCIS and was shocked by numerous factual assertions, descriptions of events, and conclusions contained therein that I believe are inaccurate, incomplete, or inconsistent with facts known to me.

5. I am aware that USCIS relied in part upon letters I authored more than five years ago. At the time those letters were written, I was experiencing profound grief following the death of my mother and was involved in ongoing litigation concerning her death.

6. During that period, I was struggling emotionally, distrusted institutions generally, and was participating in grief counseling and therapy. My state of mind at that time was significantly different from my state of mind today.

7. After further reflection and upon regaining perspective, I retracted those statements and made clear that they did not accurately reflect my considered views.

8. I do not believe those historical letters accurately represent my present understanding of the relationship, the marriage, or the facts known to me.

9. Based upon my personal knowledge and observations, I continue to believe that the marriage is genuine.

10. I further believe that relevant information and explanations were not fully reflected in the denial, including explanations concerning medical conditions, sleeping arrangements, and other circumstances that were relied upon by USCIS in reaching adverse conclusions.

11. I filed a Claim pursuant to the Federal Tort Claims Act due to the officers acts of intimidation and coercion. I personally witnessed these acts that were meant to put fear in my spouse, my friend, and myself. I offered to conduct a polygraph examination to confirm my marriage was real – which Defendants admit but also omit the fact that they did not accept the invitation to do so.

12. The claims by the Defendants in their denial are false, misleading, and may be retaliatory give that in September 2025, I personally filed the claim that I did as listed in Exhibit D (which was a response to the Defendants letters as listed in Exhibit C).

13. I submit this declaration in support of Plaintiff's opposition to Defendants' Motion to Dismiss and request for leave to amend.

14. I continue to offer a polygraph examination to confirm my marriage is real. We have all suffered intimidation tactics, coercion, and threats. It is my intention to pursue the actions against USCIS as stated in my Federal Tort Claim. I believe that my initiation of this plays a role in the retribution of this denial of my spouses visa. The fact that they believe they have the right to tell me whether or not my marriage is real or not, when my own parents marriage didn't last as long as mine has, is stunning. I am equally shocked that my own government has manipulated the facts in this case and reframed events to

have it appear as their version of events are true. They are not. They are, in laymen terms – absolute lies.

15. In full disclosure – I was a former employee of President Donald J. Trump prior to his becoming president and he is aware of who I am. I am bringing the matter to his attention directly. As a performer (who is currently 4 of the top 20 jazz single artists of the international charts (Exhibit E)), I was the opening act for Joan Rivers until her passing and while she was a contestant on "The Apprentice." Following that, I was in communications with Donald Trump (Ms. Rivers won that show, and President Trump and the First Lady attended one of my concerts). I only tell this to Your Honor for full disclosure. I do not engage in "marriage fraud" when not writing books or recording Billboard charting music. I assure this Honorable Court that my marriage has always been real. I am offended by the remarks that have been falsely stated, and frankly, should be embarrassing to the Defendants to even put on paper (for example, their denial state there were "locks on the bedroom doors" – an absurd statement given most homes have them. It also states we didn't have adequate joint bank accounts – my own parents didn't share a joint bank account. My father, a former Chief of Police, and my mother, not only did not sleep in the same bed – but did not share a bank account.

The fact is, people fight when they are married. What the Defendants have done, and I say this as a best-selling author of fiction – is create a "Denial" reason after falsely claiming my spouse would be approved – and create one of the biggest works of fiction that I have ever seen. And I write fiction for a living. Exhibit E is provided by Plaintiff as it goes to credibility of the his spouse.

<u>If the Defendants want a fight – they are going to get one.</u>

Lying in their denial, attempting to coerce, threaten, and intimidate is an experience that was worse than the cancer surgeries I endured, and by my own government who I can now say I do not trust. I thought this sort of thing only happened in the movies. When I read the denial, I was shocked. The USCIS "investigator" has completely twisted reality and created a narrative of events that simply are not true. In fact, not only will I allow a polygraph – but the author of this ridiculous denial should take the same one. This is nothing more than a continuation of the coercion and retribution given my Notice of Intent to Sue. No American should be put through what we were, and if I married a US Citizen rather than someone from a different country, then people in authoritative families (like my father, a Chief of Police) have the right to cheat on their wives and beat them (like the family I grew up in) – and no problem if they're American – no one helped my family as I grew up. But I married someone from a different country, and yes, we had our own problems that could be explained rather than fictionalized. I am appalled by the false "Denial." It is absolute fiction.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 16, 2026.

Brian Evans

# EXHIBIT C

CORRESPONDENCE TO DEFENDANTS FROM SEPTEMBER 2025 FROM BRIAN EVANS GIVING NOTICE OF INTENT TO SUE – SPOUSE OF ANDY EVANS WITH ATTACHED AFFIDAVITS

Brian Evans

2080 South Ocean Drive, #1505

Hallandale Beach, FL 33009

(954) 214-3076

belasvegas@yahoo.com

October 9, 2025

Simona D. Roberts

Assistant Chief Counsel

U.S. Immigration and Customs Enforcement

Office of the Principal Legal Advisor

500 12th Street SW, Stop 5900

Washington, DC 20536-5900

**RE: Federal Tort Claims Act Administrative Claim for Brian Evans**

Dear Ms. Roberts,

Thank you for your letter dated September 29, 2025, acknowledging receipt of my Federal Tort Claims Act claim. In accordance with your request, I am providing the information and documentation necessary for ICE to adjudicate this matter.

1. Name of ICE employee(s): I do not know the name of the officer. The individual was a female ICE agent stationed at BCI Incorporated in Yakima, Washington. She was one of the two officers who previously conducted the home visit with me and my spouse, Andy Evans, and later appeared during Franco David Martínez-Rogera's routine weekly check-

ins. The BCI representative who handled Franco's check-ins would know her name, as he was the one who escorted her into the room on each occasion she appeared.

2. Location of the ICE office: BCI Incorporated, Yakima, Washington.

3. Affidavits: Enclosed are sworn affidavits from myself, Andy Evans, and Franco David Martínez-Rogera. These affidavits describe the incident and its continuing effects, including the statements made to Franco by the ICE officer and the emotional harm that followed.

4. Medical records, bills, or receipts: None are applicable. This claim does not involve physical injury or financial loss. It is based on emotional distress, coercive conduct, and ongoing psychological harm caused by improper pressure from an ICE agent to induce a false statement, and by the resulting fear and stress that continue to affect us.

We do not seek financial compensation or damages. We simply want to be treated fairly, to have this harassment end, and to be allowed to live without the constant fear of retaliation or intrusion. Franco should be allowed to work without being conditioned to make false statements about our marriage—the very coercion he escaped when he sought refuge in the United States.

Since our move to Florida, we have been treated respectfully by every local officer, and we are grateful for that. We simply ask that the same fairness continue—that we be allowed to live without fear of unannounced visits or unfounded accusations. We are not seeking money or compensation, only peace and dignity.

Thank you for your time, understanding, and attention to this matter.

Respectfully,

Brian Evans

Enclosures:

– Affidavit of Brian Evans

– Affidavit of Andy Evans

– Affidavit of Franco David Martínez-Rogera

AFFIDAVIT OF BRIAN EVANS

28 U.S.C. § 1746 – Declaration Under Penalty of Perjury

Dated: October 9, 2025

I, Brian Evans, declare as follows:

Personal Information

My name is Brian Evans. I currently reside at 2080 South Ocean Drive, Apt 1505, Hallandale Beach, Florida 33009. I am submitting this sworn statement pursuant to 28 U.S.C. § 1746 in response to the correspondence dated September 29, 2025 from Assistant Chief Counsel Simona D. Roberts, U.S. Immigration and Customs Enforcement (ICE). I make this declaration voluntarily and under penalty of perjury.

Marriage and Background

I have been legally married since February 2019 to my husband, Andy Evans, formerly known as Andrés Felipe Venegas Cifuentes, who later changed his name lawfully. Prior to our marriage we were together for approximately one year.

I am a professional singer, writer, and producer. My public career requires travel and occasional residence in different states and countries. My website www.brianevans.com documents my professional work and public record.

Our marriage has been continuous, genuine, and based on mutual care and commitment. We have shared homes in several states and have traveled together internationally.

Maui Wildfires and Relocation

While living in Lahaina, Maui, Hawaii, my husband and I experienced the devastating wildfires firsthand. We literally watched the sky turn red as fires consumed the community. The theater where I produced shows and the real-estate office where I worked both burned to the ground.

As a result we were displaced and forced to relocate. Amid widespread rumors and hostility toward realtors and public figures, it became clear we could no longer sustain a livelihood in Maui. We temporarily moved to Argentina, where I had prior professional contacts and where the

cost of living was low, before returning to the United States to re-establish medical and professional stability.

Return to the United States and Washington Residency

In 2024 I relocated to White Salmon, Washington, where a longtime friend, Pastor Mark Biltz, lived nearby. Around that time I began experiencing serious health problems. I was later diagnosed with cancer at the White Salmon Hospital in October 2024, following several initial misdiagnoses. Multiple surgeries followed.

Introduction of Franco David Martínez Rogera

While in Argentina, we met Franco David Martínez Rogera, a young man who later entered the United States seeking asylum. ICE and USCIS verified his credible-fear claim and assisted him through the asylum process. He was assigned supervision by BCI Incorporated, a private ICE contractor responsible for check-ins and monitoring.

When Franco was released from detention, I arranged for him to travel to our home in Washington, where he lived safely and complied with all reporting obligations. He was not permitted to work until after the required 180-day period, after which he applied for a work permit on or about March 19, 2025. Despite assurances that adjudication would occur within thirty days, the application has remained pending for over six months.

ICE Visit in Washington (April–May 2025)

In approximately April or May 2025, two ICE officers—a woman and a man believed to be from the Yakima, Washington office—arrived unannounced at our home. I cooperated fully and allowed them entry. They photographed the premises, including the kitchen and bedrooms, and questioned me about personal matters unrelated to immigration.

The agents noted that Franco had his own room and observed that my husband and I used separate bedrooms. I explained that this was strictly for medical reasons. I suffer from severe sleep apnea, requiring a loud CPAP machine that frequently dislodges during sleep. My husband, Andy, lives with a condition he had prior to our marriage, which occasionally causes medication-related sickness. For comfort and health reasons, we have slept in separate rooms for several

years. These facts were misinterpreted by the agents as indicators of marital fraud, which is categorically false.

Improper Pressure on Franco

During one of Franco's weekly check-ins at BCI Incorporated in Yakima, a female ICE agent—believed to be the same one who visited our home—entered the meeting room. Franco later reported that he was told, in substance, that if he would state that my marriage to Andy Evans was fraudulent, he would receive his work authorization immediately. He refused because the statement would have been false. This event deeply disturbed both me and Franco and caused significant emotional distress.

Move to Florida and Continuing Interference

Given my medical needs and proximity to my elderly father in Boston, I relocated to Miami, Florida in mid-2025. Franco received authorization to relocate as well.

Upon arrival in Miami, we cooperated with all required interviews. Our first I-751 marriage-validity interview in Florida was professional and respectful. The interviewing officer remarked that she found our documentation comprehensive.

However, within hours of returning home from that interview, we received a new interview notice—for the same I-751 petition, on the same day and time as Andy Evans's naturalization interview (November 3, 2025). The duplication of interviews following a completed review has caused severe anxiety and confusion.

Evidence of a Genuine Marriage

We have provided the government with joint tax returns, bank statements, lease agreements, health-insurance policies, photos, travel itineraries, and other proof of our bona fide marital relationship. Our relationship has endured serious medical crises, relocations across multiple states, and the aftermath of a natural disaster. We share financial responsibilities, care for each other during illness, and have remained committed through every hardship.

Health and Emotional Toll

Repeated accusations of fraud and constant interviews have worsened my health. As a cancer patient and caregiver to a spouse with a health condition, these investigations have created extreme emotional distress. The same stress affects Franco, who has complied with every legal requirement yet remains without a work permit.

Personal and Civic Standing

I am a lifelong U.S. citizen, former Republican nominee for Congress (Hawaii 2nd District – 2018), and a performer who has worked internationally. I am conscientious of my reputation and would never engage in fraudulent or unethical conduct.

Conclusion

I affirm that my marriage is legitimate and ongoing; that all statements made herein are true to the best of my knowledge; and that I submit this affidavit in good faith to clarify the facts, correct misrepresentations, and request fair and respectful treatment by all agencies involved. I do not seek litigation, I seek to live my life in peace without this constant cloud hanger over our heads. We have done nothing wrong. Franco should have his work authorization on his own merit, and Andy and I should not be treated as obstacles in that process. We have our issues we are dealing with constantly without this constant pressure that is totally unwarranted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2025, in Hallandale Beach, Florida.

Brian Evans

# EXHIBIT D

Correspondence from Immigration and Customs
Enforcement



*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12th Street SW Stop 5900
Washington, DC 20536-5900

**U.S. Immigration
and Customs
Enforcement**

September 29, 2025

Brian Evans
2080 South Ocean Drive #1505
Hallandale Beach, FL 33009

RE:     Federal Tort Claims Act Administrative Claim for Brian Evans

Dear Mr. Evans:

This letter is to acknowledge receipt of your claim that was received by our office on September 9, 2025. I am the attorney that has been assigned to adjudicate your claim.

I will process your claim pursuant to the Federal Tort Claims Act (FTCA), Title 28 United States Code, §§ 2671-2680, which gives ICE up to **six months** to adjudicate a FTCA claim, beginning from the date the agency receives the claim. During the adjudication process, our office will review the claim and any supporting documentation submitted to determine whether that documentation supports your claims.

Once we complete our adjudication, we will send you a letter informing you of our findings. If the agency fails to adjudicate your claim within six months of the date of receipt, or if it denies the claim, you can file a lawsuit in the appropriate United States District Court.

I have reviewed the documentation provided and will require additional information to properly adjudicate this claim. The documents we need are as follows:

- The name of the ICE employee(s) involved, if known.
- Name and location of the ICE office where the incident occurred.
- Affidavit from your friend, whom you mentioned in the SF-95, describing the statements made by the ICE officer.
- Any medical records for the claimed injury.
- Any itemized bills for services incurred in treating the claimed injury.
- Copy of payments made towards the medical expenses.
- Copies of receipts or other documentation for alleged out-of-pocket expenses.

Please send all the required documents and information to me via email at Simona.D.Roberts@ice.dhs.gov on or before **Monday, October 27, 2025**. If the documents are not received by the date listed, unfortunately your claim will be denied. Should you have

www.ice.gov

Brian Evans
Page 2 of 2

any questions or concerns, I can be reached via email. We appreciate your patience, and we will make every effort to complete your claim as quickly as possible.

Sincerely,

*Simona D. Roberts*

Simona D. Roberts
Assistant Chief Counsel
On Detail to District Court Litigation
Division

*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12ᵗʰ Street SW, Stop 5900
Washington, DC 20536-5900



**U.S. Immigration
and Customs
Enforcement**

December 5, 2025

Brian Evans
2080 South Ocean Drive
#1505
Hallandale Beach, FL 33009

Re: FTCA Administrative Claim

Dear Mr. Evans:

We received your claim for damages in the amount of $5,000,000.00 on September 16, 2025. This claim arises from allegations of emotional distress related to an interview conducted by ICE agents occurring in October 2024. We will process the claim under the Federal Tort Claims Act, Title 28 United States Code, §§ 2671-2680, which gives a government agency up to six months to adjudicate a damage claim, beginning from the date the agency receives the claim. If the agency fails to act within that period, or if it denies the claim, you can file a lawsuit in the appropriate United States District Court.

Please mail or email any supporting documentation to OPLA-DCLD-Tortclaims@ice.dhs.gov. To ensure prompt processing, please include the following documentation if applicable:

- Copies of medical documents or records and any receipts for payments made towards medical expenses by either you or your insurance carrier on your behalf.

- The name of the ICE employee(s) involved, if known.

- A copy of a police investigation, incident, or witness reports.

We appreciate your patience and cooperation. Should you have any questions or concerns, please contact me at Jeff.Simmons@ice.dhs.gov. Thank you.

Sincerely,

Jeff Simmons
Associate Legal Advisor
District Court Litigation Division

www.ice.gov

| ...M FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Office of the General Counsel<br>U.S. Dept. of Homeland Security, 245 Murray Lane SW<br>Mail Stop 0485, Washington, DC 20528-0485 | Brian Evans<br>2080 South Ocean Drive #1505<br>Hallandale Beach, FL 33009 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 05/03/1970 | Married | Oct. 2024 | Sept. 2025 | Various |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

ICE agents not only interviewed me at home and in their office, but a friend of mine, here on Asylum (which ICE/USCIS helped him do because they believed his credible threat statement)...an agent told my friend that if he said my marriage was "not real," that she would in return give him his work authorization. That attempt to bribe him (he fled a country that behaved the same way), not only caused him harm, but it has been a constant effort to destroy my life. I am a former Congressional Nominee and a well known singer (brianevans.com). I have been harassed and I intend to take action.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Emotional distress and other reasons to be determined by law. USCIS and ICE are supposed to prevent crime, not encourage it.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Mark Blitz | 1330 SW Pucker Huddle Rd., White Salmon, WA 98672 |
| Franco Martinez | 2080 S. Ocean Drive., #1505, Hallandale Beach, FL 33009 |
| Andy Evans | 2080 S. Ocean Drive., #1505, Hallandale Beach, FL 33009 |

**12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| N/A | $5,000,000 | N/A | $5,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | (954) 214-3076 | 09/03/2025 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

# EXHIBIT C

Letter from Andy Evans psychologist, formerly known as Andres Venegas,

Followed by Name Change certificate.

June 8th, 2019.
Cancun, Mexico.

To The US State Dept,

As a licensed psychotherapist at Cancun, Mexico, I have been counseling Andres Felipe Venegas Cifuentes since September 2018. I also met on several occasions with Brian Evans who in fact made the first contact with me. Brian Evans -then his partner and now his husband- has been involved all along the therapeutic process.

In spite of the cultural and age differences, I have witnessed a strong couple relationship as both of these men truly care for one another in ways I've rarely seen. I hope this letter assists you in your determination that the relationship and marriage are authentic.

Sincerely,

Psychologist MFT Monica Diaz Cayeros.

License number (Cédula Profesional): 2525084
Cell phone: (998)842-8888
E-mail: mdcayeros@hotmail.com

Electronically Filed
02/18/2022 7:57 AM

CLERK OF THE COURT

OCON

Your Name: _Andres Felipe Venegas Cifuentes_
Address: _37 Diamond Run St_
City, State, Zip: _Las Vegas, NV 89148_
Phone: _808-990-3148_
Email: _cutsunanddy@gmail.com_

## DISTRICT COURT
## CLARK COUNTY, NEVADA

In the Matter of the Application of:

_Andres Felipe Venegas Cifuentes_
(*print the old name you do not want anymore*)
For Change of Name.

CASE NO.: _D-22-042100-N_
DEPT: _F_

## ORDER FOR CHANGE OF NAME

This Order was submitted ($\boxtimes$ *check one*) ☐ after a hearing ☐ without a hearing before the above-entitled court, and after a review of the pleadings and papers on file and the testimony given, if any, and good cause appearing therefore:

**IT IS ORDERED** that the name of the Petitioner, who was born on (*date of birth*) _July 23, 1996_ in (*city*) _Fusagasuga_ (*state*) _Cundinamarca (colombia)_ be legally changed from

(old) _Andres_ _Felipe_ _Venegas Cifuentes_
     (*first*)          (*middle*)          (*last*)

To (new) _Andy_ _____ _Evans_
     (*first*)          (*middle*)          (*last*)

A new birth certificate ($\boxtimes$ *check one*) ☐ shall $\boxtimes$ shall not be issued.

APR 20 2022

**CERTIFIED COPY**
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE DOCUMENT ON FILE

Submitted By: (*your signature*) ▶

(*print your name*) _Andres Felipe Venegas Cifuentes_

Dated this 18th day of February, 2022

_____ JUDGE
87B 41F EB98 4A36
Denise L Gentile
District Court Judge

© 2021 Family Law Self-Help Center

Order for Adult Name Change

# EXHIBIT D

Miscellaneous Documents related to Brian and Andy, including trips, career, work, etc.

ıl T-Mobile 🤶                    1:56 AM                          ▬

🔒 reviewjournal.com



LAS VEGAS SHOOTING UPDATES

THE FALLEN: THOSE WHO DIED

Tell us about the heroes we've missed and share your story >
Click Here

# Tom Hanks, Jeff Bridges, William Shatner, Dr. Oz assist Brian Evans in fight against sleep apnea



Mike Huckabee and Brian Evans. (Getty Images)

By ROBIN LEACH NICHE DIVISION OF
LAS VEGAS REVIEW-JOURNAL

  

# THE CPAP TIMES.
Your Source for Sleep Apnea and CPAP News. Brought to you by EasyBreathe.com

HOME | SHOP | CPAP BENEFITS | TRENDING | PRODUCT REVIEWS | HOW TO'S / TIPS | FUN CPAP FACTS | MEDICAL STUDIES | TROUBLESHOOTING | ICPAP

## MOST POPULAR

 Easy Breathe Blog Emerges as the Go-To Resource for Sleep Apnea Sufferers
🕑 August 20, 2014

 New Product – The AirSense 10 by ResMed
🕑 August 18, 2014

 Why It's Time to Retire Your Old CPAP and Upgrade to a New System
🕑 May 30, 2014

 Looking for A New CPAP? Here Are the Top Three CPAPs On the Market
🕑 May 30, 2014

Super Bowl Champion Aaron Taylor Tackles Sleep Apnea
🕑 May 21, 2014

## RECENT POSTS

The Role of Sleep Apnea in Hawaii's Senate Race

Tongue Size May Predict Sleep Apnea Risk in Obese Adults

Putting Packing Tape on the CPAP You Purchased at A Yard Sale – BAD IDEA.

Surgery Coming Up? New Study Recommends Getting Tested for Sleep Apnea Before Going Under

Study Shows That Sleep Apnea Causes Weaker Blood Flow In Brain

# The Role of Sleep Apnea in Hawaii's Senate Race



Brian Evans with his mother, Helen Bousquet, who passed away
as a result of sleep apnea.

What have you done for your mom lately? There is a good chance that whatever you have done – it doesn't come close to what Las Vegas crooner Brian Evans has done for his mother. In a bid not to win political favor, but to raise awareness of his mom's untimely death as a result of sleep apnea, Evans threw the wrench – à la Ralph Nader – into Hawaii's senate race by running as an unknown third candidate in the Democratic primary. The race caused quite a kerfuffle and put obstructive sleep apnea in the spotlight, for once.

Brian Evans' campaign to raise the public's awareness of sleep apnea started after his mom, Helen Bousquet, passed away in her hospital bed while recovering from a relatively routine knee surgery. After the procedure, she was given morphine to kill the pain. As a sleep apnea sufferer, his mother should have been monitored more carefully, but she wasn't. Morphine – an opiate – can slow down an already impaired respiratory system. One particularly study shows that opiate-based pain medication can actually cause obstructive sleep apnea. Regardless, the lesson to be learned is that sleep apnea can be a killer.

Brian Evans was raised by his mother. She supported his talents and ability to entertain. She would even move to Los Angeles to help him develop an acting career. He starred in commercials and the pilot episodes of Full House and 90210. Later, Evans started singing. Dubbed "The Croonerman," his first album – *Quite Frankly* –became the number one best selling self-released album in Canadian history. Also, he has opened for Jay Leno and the late Joan Rivers. As you can imagine, his mother's death hit him hard – she was his closest confidant – and like she was there for him, Evans decided that he needed to be there for her.

Evans' crusade against sleep apnea gained full chug when he entered the Hawaii senate race. With no political fundraising, fancy balloon dropping events, or "yes we can" campaign slogan, Evans took a shocking 4,842 votes. The race was already tense – Brian Schatz was elected interim senator after the passing of Daniel Inouye and was largely a favorite to win next to opposing democratic candidate Colleen Hanabusa. Without Evans in the race, Brian Shatz would have taken a slam-dunk win. With Evans in the race, however, votes had to been scrounged from two small districts in Puna on the Big Island.

Behind it all, though, Evans' personal crusade has gained real political steam among real politicians – not Vegas lounge singers posing as politicians. "Awareness is key," he says on his website. He has reached out to fifty Governors in office with a request to issue a Proclamation of awareness of sleep apnea. So far, fourteen have replied with proclamations and official declarations of Sleep Apnea Awareness Day – including Rick Scott of Florida and Tennessee governor Bill Haslam. Evans is posting updates and incoming proclamations from governors on his website. His website – HelenBousquet.com – also features more details about his campaign.

In the end, there is no denying that obstructive sleep apnea is a potentially deadly disorder. Not taking it seriously could mean the difference between waking up in the morning and not waking up in the morning. Even though Brian Evans has taken elevated means to raise awareness of the sleep disorder – his tragic and heartbreaking story is the same for many people that have lost a loved one as a result of the disorder. This is why you want to urge others to get tested and to start undergoing CPAP treatment right away. You also want to do the same for yourself. Your life or someone else's life may be hanging in the balance.

## ARCHIVES

October 2014
September 2014
August 2014
July 2014
June 2014
May 2014
April 2014
March 2014
February 2014
January 2014
December 2013
November 2013
October 2013
September 2013
August 2013
July 2013
January 2013
August 2012
April 2012
January 2012



**Learn More About the Home Sleep Test Package**

tweet                          Save

Previous:
Tongue Size May Predict Sleep Apnea
Risk in Obese Adults

## RELATED ARTICLES



**Tongue Size May Predict Sleep Apnea Risk in Obese Adults**
October 13, 2014



**Putting Packing Tape on the CPAP You Purchased at A Yard Sale – BAD IDEA.**
October 10, 2014



**Surgery Coming Up? New Study Recommends Getting Tested for Sleep Apnea Before Going Under**
October 9, 2014



**Study Shows That Sleep Apnea Causes Weaker Blood Flow In Brain**
October 8, 2014



**iCPAP Special for OSA Awareness Week – Gilbert Gonzalez Jr.**
October 7, 2014



**Are You Ready For Sleep Apnea Awareness Week?**
October 6, 2014

©2022 Easy Breathe, Inc | All Rights Reserved



**TRUMP**
THE TRUMP ORGANIZATION

November 9, 2011

Mr. Brian Evans
Brian Evans Music
PO Box 335
Rockport, MASS. 01966

Dear Brian,

Thank you for sending us your CD *At Fenway*. I know Melania and I will enjoy listening to it, just as we did your rendition of *All the Way* in Las Vegas. Your thoughtfulness is appreciated, and we send our very best wishes to you for continued and great success. Keep up the great work!

With best regards,

Sincerely,

Donald J. Trump



*A Special Message from*
## *Governor Josh Green, M.D.*
*In Recognition of*

# Brian Evans

On behalf of the people of Hawai'i, it is my honor to recognize Brian Evans for his commitment and dedication to Hawai'i's tourism industry and extend a warm Mahalo for sharing his artistic talents with our island community.

A multi-talented actor, singer, author and producer, Brian Evans created The Maui Celebrity Series in 2010 with the vision to bring big name entertainers to Maui to attract tourists to Hawai'i. He brought celebrities, including William Shatner, Jeff Bridges, comedian Bob Saget, and Cheech & Chong to perform in venues on Maui, providing audiences with an unforgettable experience.

Brian Evans began his entertainment career acting in Los Angeles landing his first national television commercial at the age of 16, several television roles followed. But it was his passion for music, in the "crooning" style and genre of Frank Sinatra that he started his singing career. His recording accomplishments include "At Fenway," "Creature at the Bates Motel," which movie video was filmed at the famed Bates Motel, and numerous other songs. He collaborated with artists and entertainers such as Ice-T, Carrot Top, and Lou Diamond Phillips. To honor his mother, he brought attention and awareness on a national level to the condition known as sleep apnea after she passed away from the condition.

I extend my warmest aloha to Brian Evans for his contributions to our Maui community, state, and nation. Congratulations on your novel, "Horrorscope," which has been adapted into a graphic novel and will be presented at Comic-Con 2023 in San Diego. May you enjoy continued success in all your future endeavors. Hawai'i is fortunate to have you.

*Josh Green*

Josh Green, M.D.
Governor, State of Hawai'i



**Your Info**      Sign In & Security      People      Notifications

PRIMARY ROLE

# ANDY EVANS

The primary role has full control of all account activities including who has access to this account. An account can have only one primary role.

Manage

Phone Number                                                        >
(808) 276-4377

Email Address                                                       >
BELASVEGAS@YAHOO.COM

Additional Email Address                                            >
belasvegas@yahoo.com

Additional Phone Number                                             >
(808) 276-4377

You can add two more phone numbers and one more email address.

Add Contact Info

Preferred Language
English

Cambiar al Español  >

# Discover More

## Save with Spectrum Mobile

Discover a fast, reliable connection with nationwide access to Spectrum Mobile out-of-home WiFi. Surf, stream and share more while using less data every month.

Shop Now



## Parental Controls

Stay in control of what your kids watch. With Spectrum TV, you can manage parental



## Accessibility

Spectrum offers accessibility solutions for all of our customers. We're committed to

controls from your Spectrum Receiver, the Spectrum TV App, or SpectrumTV.com.

Learn More

making our products and services accessible to the widest possible audience.

Learn More

| | | |
|---|---|---|
| 🗒 View My Spectrum Plan | ☆ Upgrade My Spectrum Plan | 📶 Manage Internet/WiFi |
| ⊕ Add Mobile | ⬜ Manage TV | 💳 Manage Payment Methods |

## Internet · TV

# $203.36

Payment Due **Feb 10**

Make a Payment

— Your Recommended Offer —

**New Year. New Savings.**

Now included with Spectrum Internet, get one line of Unlimited Mobile with unlimited talk, text and data, plus nationwide 5G.

Shop Mobile

See offer details



# Spectrum
# Moves With You

## Planning a Move?

We make it easy to bring Spectrum with you to your new home. Call today to transfer your services and learn about our best deals.

Call 888-901-0327



# Questions? We're Here to Help

## It's Streaming, Simplified

| | |
|---|---|
| View Your Channel Lineup | > |

Find all the entertainment you're looking for with Xumo Stream Box — a simpler way to stream.

| | |
|---|---|
| Spectrum TV App | > |

Shop Now

| | |
|---|---|
| Program Your Remote | > |

See offer details

| | |
|---|---|
| How to Pay Your Bill | > |
| Check Your Internet Speeds | > |



**JOSH GREEN, M.D.**
GOVERNOR

**SYLVIA LUKE**
LT. GOVERNOR



**GARY S. SUGANUMA**
DIRECTOR OF TAXATION

**KRISTEN M.R. SAKAMOTO**
DEPUTY DIRECTOR

STATE OF HAWAI'I
**DEPARTMENT OF TAXATION**
*Ka 'Oihana 'Auhau*

BRIAN AND ANDY EVANS
140 UWAPO RD APT 19-103
KIHEI HI  96753-7427



| | |
|---|---|
| Date: | November 27, 2023 |
| Letter ID: | L1576130688 |
| SSN: | XXX-XX-2237 |

Case No.: 2356012

This confirms that you have entered into an installment plan agreement with the Department of Taxation for the outstanding State taxes listed below.

| ID | Tax | Penalty | Interest | Other | Total |
|---|---|---|---|---|---|
| XXX-XX-2237 | 1,776.00 | 498.00 | 290.08 | 50.00 | 2,614.08 |
| **TOTAL** | **$1,776.00** | **$498.00** | **$290.08** | **$50.00** | **$2,614.08** |

The terms of the agreement are as follows:
- All required tax returns must be filed.
- Interest and any applicable penalties will continue to accrue on the unpaid balance until paid in full.
- All future tax returns must be filed on time and paid in full.
- Any refund from taxes will be applied against the outstanding balance.
- The outstanding balance must be paid in full within the allotted time set by the agreement.
- To avoid the filing of a State Tax Lien, installment plan agreement must be completed within 36 months (3 years).
- If paying by check or money order, all installment payments must be made by the Installment Due Date.  Check or money order must be in U.S. dollars payable to the **HAWAII STATE TAX COLLECTOR**.
- If you fail to comply with any of these conditions, you will be in default of your installment agreement and we may take enforcement actions, such as file a State tax lien, levy, garnishment and/or refer to a private collection agency, for the entire amount you owe.

The following schedule is the installment payment plan that you agreed to.

---

Installment Plan Agreement

bGL046 v12

11:37

Andy Evan...ce. photos



Photo Feb 22 2024, 7 41
04 PM.jpg



Photo Feb 24 2024, 9 27
13 PM.jpg



Photo Feb 24 2024, 9 27
17 PM.jpg



Photo Jan 01 2023, 12 33
37 AM.jpg





Case 1:26-cv-24244-EGT   Document 1-2   Entered on FLSD Docket 06/17/2026   Page 44 of 120



Photo Jan 24 2025, 11 04 08 PM.jpg

Photo Jan 29 2024, 4 57 39 PM.jpg



Photo Aug 25 2025, 8 14 14 AM (4).jpg



Photo Aug 25 2025, 8 14 14 AM (5).jpg



Photo Aug 25 2025, 8 14 14 AM.jpg



Photo Aug 26 2025, 3 47 50 PM (1).jpg



Photo Aug 26 2025, 3 47 50 PM (2).jpg



Photo Aug 26 2025, 3 47 50 PM (3).jpg





Case 1:25-cr-24244-EGT Document 1-2 Entered on FLSD Docket 06/17/2026 Page 46 of 120



Photo May 31 2025, 9 18 20 PM.jpg



Photo May 31 2025, 9 18 27 PM (1).jpg



Photo May 31 2025, 9 18 20 PM.jpg



Photo May 31 2025, 9 18 27 PM (1).jpg



Photo May 31 2025, 9 18 27 PM.jpg



Photo Nov 18 2023, 1 29 40 AM.jpg



Photo Nov 18 2023, 1 29 44 AM.jpg

Photo Nov 20 2023, 2 27 51 AM.jpg

Photo Nov 20 2023, 2 28 00 AM.jpg

11:37

# Andy Evan...ce. photos



Photo Jan 31 2025, 2 27 29 AM.png



Photo Jul 02 2025, 3 26 24 PM.jpg



Photo Jul 13 2024, 7 15 19 PM.jpg



Photo Jul 13 2024, 7 15 22 PM.jpg





Case 1:26-cv-24244-EGT   Document 1-2   Entered on FLSD Docket 06/17/2026   Page 50 of 120



Photo Jul 22 2023, 11 24 19 PM.jpg



Photo Jul 31 2025, 3 01 41 PM.jpg



Photo Apr 23 2025, 8 14 24 PM.jpg



Photo Aug 07 2025, 2 45 19 PM.jpg



Photo Aug 07 2025, 2 45 23 PM.jpg



Photo Aug 07 2025, 3 45 45 AM.jpg



Photo Aug 07 2025, 4 42 22 PM.jpg



Photo Aug 07 2025, 12 24 18 PM.jpg





# Reed MIDEM

Reed MIDEM - Paris Headquarters
22 Quai Alphonse Le Gallo
CS 10026
92513 Boulogne-Billancourt cedex - France

www.reedmidem.com

A member of

**Reed Exhibitions**

Participation / New-York          Fo. 1

Online

**Client (Recipient of the services):**
**ANDRES VENEGAS ART**
**1518 Glendale Street**

**32205 JACKSONVILLE**
**UNITED STATES**
**VAT/TIN NR :**

INVOICE      N° 895860      ON 21/05/2019

CLIENT NUMBER : 368634
CONTRACT NUMBER : 368634 / 1

**Billing address :**
**ANDRES VENEGAS ART**
**VENEGAS CIFUENTES Andres Felipe**
**1518 Glendale Street**

**JACKSONVILLE FL 32205**
**UNITED STATES**
**VAT/TIN NR :**

FR VAT N° : FR91 662 003 557

## Midem 2019

| Description | Qty | Unit price € | VAT % | Total amount € |
|---|---|---|---|---|
| - Artist Individual Registration fee Andres Felipe VENEGAS CIFUENTES | 1,00 | 295,00 | 10,00% | 295,00 |

COPY NOT VALID FOR VAT REIMBURSEMENT

| | VAT | 10 % |
|---|---|---|
| | Excluding VAT | 295,00 |
| ( CLIENT COPY ) | VAT | 29,50 |

| | |
|---|---|
| EXCLUDING VAT € | 295,00 |
| VAT € | 29,50 |
| INCLUDED VAT € | 324,50 |

En cas de retard de paiement et sans mise en demeure préalable, le client s'engage à verser une pénalité de retard égale à 3 fois le taux légal ainsi qu'une indemnité forfaitaire pour frais de recouvrement d'un montant de 40 euros, conformément à l'article L. 441-3 du code de commerce.
In case of late payment and without prior notice, the customer agrees to pay liquidated damages equal to 3 times the legal rate and a flat compensation for recovery costs in the amount of 40 euros, in accordance with Article L. 441-3 of the French Commercial Code.

Reed MIDEM, SAS au capital de / a joint-stock company with a registered capital of 310.000 euros, 662 003 557 R.C.S. NANTERRE.
27-33 Quai Alphonse Le Gallo - 92100 BOULOGNE-BILLANCOURT (FRANCE)
N° TVA intracommunautaire / VAT Number FR91 662 003 557

**Amount already paid  €**          **324,50**

**BALANCE DUE  €**          **0,00**

✂

**IMPORTANT**
Veuillez libeller votre chèque à l'ordre de / Please make your cheque payable to
**REED MIDEM (USA)**
230 Park Avenue - 7th Floor
New York, NY 10169
CIC SAINT AUGUSTIN GCE SUD
102 boulevard Haussmann 75008 PARIS
IBAN : FR7630066109470001000500179 - BIC : CMCIFRPP

**IMPORTANT**
Veuillez joindre ce talon à votre règlement / Please return this slip with your payment

| References | 368634 | | Midem 2019 | 895860 |
|---|---|---|---|---|
| Term(s) of Payment(s) | 100,00% | 324,50 | 21/05/2019 | |



**Reed MIDEM**

87 Quai Alphonse Le Gallo
CS 10028
92513 Boulogne-Billancourt cedex - France

F. 33 (0)1 79 71 80 60
www.reedmidem.com

A member of

**Reed Exhibitions**

Participation / New York   Pa. 1

Online

**Client (Recipient of the services):**
**BRIAN EVANS MUSIC GROUP**

P.O. Box 1471
1471
96753 KIHEI
UNITED STATES
VAT/TIN NR : 011582237

**Billing address :**
**BRIAN EVANS MUSIC GROUP**
**EVANS Brian**

P.O. Box 1471
1471
KIHEI HI 96753
UNITED STATES
VAT/TIN NR : 011582237

**INVOICE**      N° 873870      ON 13/11/2018

**CLIENT NUMBER : 362876**
**CONTRACT NUMBER : 362876 / 1**

FR VAT N° : FR91 662 003 557

| Midem 2019 | | | | |
|---|---|---|---|---|
| Description | Qty | Unit price € | VAT % | Total amount € |
| - Artist Individual Registration fee<br>Brian EVANS | 1.00 | 295.00 | 10.00% | 295.00 |

COPY NOT VALID FOR VAT REIMBURSEMENT

| VAT | 10 % |
|---|---|
| Taxable VAT | 295.00 |
| VAT | 29.50 |

**( CLIENT COPY )**

| | |
|---|---|
| EXCLUDING VAT € | 295.00 |
| VAT € | 29.50 |
| INCLUDED VAT € | 324.50 |

En cas de retard de paiement et sans mise en demeure préalable, le client s'engage à verser une pénalité de retard égale à 3 fois le taux légal ainsi qu'une indemnité forfaitaire pour frais de recouvrement d'un montant de 40 euros, conformément à l'article L. 441-3 du code de commerce.

In case of late payment and without prior notice, the customer agrees to pay liquidated damages equal to 3 times the legal rate and a flat compensation for recovery costs in the amount of 40 euros in accordance with Article L. 441-3 of the French Commercial Code.

Reed MIDEM, SAS au capital de ... avec un capital social de 810 400 euros.
RC 662 003 557 NANTERRE
N° de Commerce et Sociétés SIRET BOULOGNE-BILLANCOURT FRANCE
N° TVA intracommunautaire / VAT registration n° FR ...

**Amount already paid  €**      **324.50**

**BALANCE DUE  €**      **0.00**

✂

**IMPORTANT**
Veuillez libeller votre chèque à l'ordre de / Please make your cheque payable to

REED MIDEM INC.
230 Park Avenue 6th Floor
New York, NY 10169
C/C SAINT ALEXANDER ...
...

**IMPORTANT**
Veuillez joindre ce talon à votre règlement / Please return this sticker with your payment

Référence ......  MIDEM  / 1   873870   Midem 2019

| Terme d'échéance | Devise | Solde | Balance |
|---|---|---|---|
| | | | |







# Hotel in Nice

Jun 8, 2019 - Jun 9, 2019 | Itinerary # 7430363703641

## Campanile Nice Airport
Jun 8, 2019 - Jun 9, 2019 , 1 room | 1 night

Your reservation is booked. No need to call us to reconfirm this reservation.

 459-461 Promenade Des Anglais, Nice, Alpes-Maritimes, 06200 France

Tel: 33 (4) 93212020, Fax: 33 (4) 93838396

### Check-In
- Minimum check-in age is 18
- Airport shuttle service is available on request from 5 AM to 11 PM. Fees may apply. Contact the property in advance to make arrangements.
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information
This reservation is non-refundable and cannot be canceled or changed.
- View your online itinerary for additional rules and restrictions.

| Room | Next Generation, Double Room |
| --- | --- |
| | Includes: Free Wireless Internet |
| Reserved for | Brian Evans<br>2 adults |
| Requests | 1 Double Bed, non-smoking room |

**BOOKED**

## Price Summary

| Estimated Total | $96.3 |
| --- | --- |

$93.04 collected by Expedia
Additional fees will be collected by the hotel

**Private sale: save 10%**
Prices shown after $9.40 savings

| Room Price | $93.( |
| --- | --- |
| 1 night | $84.( |
| Taxes & Fees | $8.- |

| Hotel Fees (Paid at hotel) | $3.( |
| --- | --- |

All prices quoted in USD.

## Additional Hotel Services

The below fees and deposits only apply if they are not included in you selected room rate.

You'll be asked to pay the following charges at the property:

- A tax is imposed by the city and







**Boarding Pass**

7242315269836   ECONOMY CLASS   103

SWISS
Name

VENEGAS CIFUENTES/AN

NCE   LX 0569 K 09JUN
ZRH   Carrier/Flight No.   Class

014E

LX 0569/103

OPERATED BY SWISS

Name of Passenger

VENEGAS CIFUENTES/AN

NCE
ZRH
SWISS
Carrier/Flight No.   Class   Date
LX 0569 K 09JUN

Gate   Boarding Time   Seat
A   1420 014E

Wir bitten Sie, zur Boardingzeit am Gate zu sein, andernfalls kann Ihr Sitz anderweitig vergeben werden.
Please be at the gate at boarding time otherwise your seat may be given away.

Bitte auf kurzfristigen Wechsel des Ausgangs achten
Please observe gate changes at short notice

Austrian ⟍   ⟲ Lufthansa   ⟋SWISS   STAR ALLIANCE MEMBERS ✪™

---

**Boarding Pass**

7242315269835   ECONOMY CLASS   102

SWISS
Name

EVANS/BRIAN MR

NCE   LX 0569 K 09JUN
ZRH   Carrier/Flight No.   Class

014F

LX 0569/102

OPERATED BY SWISS

Name of Passenger

EVANS/BRIAN MR

NCE
ZRH
SWISS
Carrier/Flight No.   Class   Date
LX 0569 K 09JUN

Gate   Boarding Time   Seat
A   1420 014F

Wir bitten Sie, zur Boardingzeit am Gate zu sein, andernfalls kann Ihr Sitz anderweitig vergeben werden.
Please be at the gate at boarding time otherwise your seat may be given away.

Bitte auf kurzfristigen Wechsel des Ausgangs achten
Please observe gate changes at short notice

Austrian ⟍   ⟲ Lufthansa   ⟋SWISS   STAR ALLIANCE MEMBERS ✪™

---

7242315269836   ECONOMY CLASS   025
etix etkt etix etkt

SWISS INTERNAT

VENEGAS CIFUENTES/AN
ZRH   LX 0564 K 03JUN

VENEGAS CIFUENTES/AN
From
ZRH
To   NCE

---

7242315269835   ECONOMY CLASS   024
etix etkt etix etkt

SWISS INTERNAT

EVANS/BRIAN MR
ZRH   LX 0564 K 03JUN
NCE

008A

LX 0564/024

OPERATED BY SWISS

EVANS/BRIAN MR
From
ZRH
To   NCE
SWISS INTERNAT
Flight no.   Class   Date
LX 0564 K 03JUN

Gate   Boarding time   Seat
A/B   2050 008A

Bitte beachten Sie, dass das Gate 20 Minuten vor Abflug schliesst.
Please note that the boarding gate will close 20 minutes prior to departure.

✦ edelweiss

Case 1:26-cv-24244-EGT Document 1-2 Entered on FLSD Docket 06/17/2026 Page 60 of 120

Crooner Brian Evans to Record First Ever Spanish Song, Cocodrilo,...



**Music**

SHARE



Music Jections   Sections   Shows   Chat Boards   Jobs   Students   Video

# Crooner Brian Evans to Record First Ever Spanish Song, 'Cocodrilo,' Written by Andres Venegas

by BWW News Desk   Oct. 19, 2018

 Tweet    Share



Brian Evans, who Grammy Magazine has called one of the top five crooners of this generation, will record the first Spanish sung song of his career.

With lyrics by Andres Venegas and music by both Evans and Venegas, the song will be produced by Grammy Award winning producer Gary Anderson.

Originally from Massachusetts, Evans is known for classics such as "At Fenway," which has garnered nearly 12 million views on YouTube. He remains the only singer ever to film a music video at The Bates Motel, the filming location for the Alfred Hitchcock thriller, "Psycho," which was approved by Hitchcock's estate. He recently recorded "It's A Beautiful Game," co-written by Jesse Stenger, a routine collaborator with Evans. The soccer song, being distributed

Andrés & Brian

Hi!
Welcome to La Casita
(your casita)! We hope
you have a great time
here with us.

Enjoy your wine,
your vacation, the sun
the beach and your stay
in Cancún!
Regards ☺
Gaby, León y Fer



**CopaAirlines**

VENEGASCIFUENTES/AND

FREQUENT FLYER

ORDER ID: BXP2RE

ETICKET:2306007424327    DATE:    19SEP

SEQ:98

DOCS OK

FLIGHT  CM 279   PTY   EZE

PANAMA CITY    BUENOS AIRES

DEP: 14:50    ARR: 00:04

| TERMINAL/GATE | GROUP | SEAT | BOARDING BEGINS AT |
|---|---|---|---|
| /126 | 3 | 33F | 13:50 |

A STAR ALLIANCE MEMBER

---

**CopaAirlines**    A STAR ALLIANCE MEMBER    **CopaAirlines**

VENEGASCIFUENTES/AND

FREQUENT FLYER

ORDER ID: BXP2RE

ETICKET:2306007424327    DATE:    19SEP

SEQ:72

DOCS OK

FLIGHT  CM 354   CUN   PTY

CANCUN    PANAMA CITY

DEP: 07:50    ARR: 10:32

| TERMINAL/GATE | GROUP | SEAT | BOARDING BEGINS AT |
|---|---|---|---|
| /A6 | 3 | 29C | 06:50 |

A STAR ALLIANCE MEMBER

---

**CopaAirlines**    A STAR ALLIANCE MEMBER    **CopaAirlines**

EVANS/BRIAN



FREQUENT FLYER

ORDER ID: BXP2RE

ETICKET:2306007424326    DATE:    19SEP

SEQ:71

DOCS OK

FLIGHT  CM 354   CUN   PTY

CANCUN    PANAMA CITY

DEP: 07:50    ARR: 10:32

| TERMINAL/GATE | GROUP | SEAT | BOARDING BEGINS AT |
|---|---|---|---|
| /A6 | 3 | 29B | 06:50 |

A STAR ALLIANCE MEMBER

*Isla Dorada*

**Cancún, Q. Roo a 08 de noviembre de 2018**

Srta. Ingrid Amber Benussi
Dirección Isla Paraíso B1-302
P r e s e n t e

De acuerdo a su solicitud de tarjetas electrónicas para el acceso automático al Condominio, sírvase encontrar anexo:

| Descripción | Número | A nombre de | Periodo de validez | Tipo de Activación |
|---|---|---|---|---|
| HiDoooogP | 40500 | Andres Felipe Venegas Cifuentes | 17 diciembre 2018 | Casa Club |
| (02) | 40501 | Brian Evans | 17 diciembre 2018 | Casa Club |

**INFORMACION IMPORTANTE**
- Al recibir esta tarjeta es Responsable por el Uso de la Misma.
- Deberá reportar cualquier pérdida por robo o extravío.
- Esta tarjeta es **intransferible**. Recuerde que Usted es responsable del uso que se le dé.

**GARANTIA**
- Las tarjetas tienen garantía de 30 días.
- No las exponga al sol ni las pase cerca de dispositivos magnéticos (Ejem. bocinas ó celulares).

**POR SEGURIDAD DE TODOS**
- Respete el límite de velocidad de 30 km.
- No estacione sus vehículos sobre la Avenida Principal.

Atentamente,
Administración Isla Dorada

Firma de Recibido de Conformidad
(Nombre y Firma de Condómino)

Condominio Isla Dorada
Blvd. Kukulcán km. 12.5, Zona Hotelera
Cancún, Q. Roo 77500
Tel/Fax: (998) 883-2228 y 29
e-mail: informes@isladorada.com
www.isladorada.com



Boulevard Kukulcan KM 11 Plaza Flamingo Local 119-120 Zona Hotelera
Cancun, Quintana Roo, Mexico
1 800 278 3215

July 07 2019

To whom it May concern,

By means of this letter, we state that Mr. Brian Evans has paid for the treatment of his son named

Partner: Mr. Andrew Vanegas.

our dental clinic has no problem in stating that these are two excellent patients and people.

We have attached their treatment plans.

For any doubt or clarification, do not hesitate to contact us.

Jeovani Padilla Loredo.
Patient Care Manager.

https://a1.com.blink24.com/stream/?user_language&cument_folder=SOC6ERV





HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

Find messages, documents, photos or people    Advanced ∨    Home

Compose

| | |
|---|---|
| Inbox | 2 |
| Unread | |
| Starred | |
| Drafts | 91 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |
| Less | |

Views    Hide
   Photos
   Documents
   Emails to myself
   Subscriptions
   Receipts
   Credits
   Travel

Folders    Hide
   New Folder
   Attorney Client Privil...
   Bills Paid
   Ebay
   In Case Hawaii Tax N...
   Notes
   Of Interest
   Richardp;p;5yh
   Sleep Apnea
   Storage

Back    Archive    Move    Delete    Spam    •••    24

**American Airlines**
aa.com
[ Visit site ]    •••

Your purchase receipt - HHQFXY    Yahoo/Inbox ☆



American Airlines ✓ aa.com >
From: no-reply@info.email.aa.com
To: BELASVEGAS@YAHOO.COM
Sat, Aug 9 at 11:09 PM ☆

**American** ✈

Issued: August 10, 2025

# Your receipt

Confirmation code: HHQFXY

## Your purchase

**Brian Evans - AAdvantage® #: 05D****

| | |
|---|---|
| Instant Upgrade (PHX-MIA) Document #: (0014468477745) [$311.85 + Taxes & carrier-imposed fees $11.13] | $322.98 |

**Andy Evans**

| | |
|---|---|
| Instant Upgrade (PHX-MIA) Document #: (0014468477746) [$311.85 + Taxes & carrier-imposed fees $11.13] | $322.98 |

| **Total cost** (all passengers) | **$645.96** |
|---|---|

## Your payment

| Affirm | $645.96 |
|---|---|

1 of 1    8/25/2025, 12:35 AM

**Expedia**

# Receipt

Expedia itinerary: 73167839645411
Purchase date: Jul 8, 2025

## Booking details

### One way flight

Fort Lauderdale (FLL) to Las Vegas (LAS)

JetBlue Airways 607

Economy / Coach (L)

Depart: Aug 5, 2025

Arrive: Aug 5, 2025

**Traveler 1: Adult**

Brian Evans

Ticket Number: 2797299544803

**Traveler 2: Adult**

Andy Evans

Ticket Number: 2797299544802

## Payment details

**Flight price**

| | |
|---|---|
| Traveler 1: Adult | $95.81 |
| Seat 14A | $49.00 |
| Taxes and fees | $22.49 |
| Traveler 2: Adult | $95.81 |
| Baggage fee | $40.00 |
| Seat 14B | $42.00 |
| Taxes and fees | $22.49 |

| | |
|---|---|
| **Total** | **$367.60** |
| Paid | $367.60 |
| | [AmericanExpress 3015] |

# Receipt

Expedia itinerary: 73174852570651

Purchase date: Jul 15, 2025

## Booking details

### One way flight

Las Vegas (LAS) to Kahului (OGG)

Alaska Airlines 8031

Economy / Coach (X)

Depart: Aug 7, 2025

Arrive: Aug 7, 2025

**Traveler 1: Adult**

Brian Evans

Ticket Number: 0277300541972

**Traveler 2: Adult**

Andy Evans

Ticket Number: 0277300541971

## Payment details

**Flight price**

| | |
|---|---|
| Traveler 1: Adult | $170.36 |
| Taxes and fees | $28.34 |
| Traveler 2: Adult | $170.36 |
| Taxes and fees | $28.34 |
| **Other** | |
| Price Drop Protection | Included |

| | |
|---|---|
| **Total** | **$397.40** |
| Paid | $397.40 |
| | [MasterCard 1503] |



# HAWAIIAN ✈  BOARDING PASS  HAWAIIAN ✈

**VENEGAS CIFUEN S/ANDRE FELIPE**
**HA 296 A**                              20JUN20
1:20P      Honolulu/HNL        1737526466543
2:05P      Maui/OGG

JDGMSH
BOARDING START 12:55P  BOARDING CLOSES: 1:05P   Bag Count   Bag Tag #
Zone. 1      GATE: A18    SEAT: 2F

VENEGAS CIFUENTE
S/ANDRES FELIPE
HA 296 A
1:20P
2:05P

GATE: A18
SEAT: 2F
Zone: 1



PREMIER CLUB

033

---

# HAWAIIAN ✈  BOARDING PASS  HAWAIIAN ✈

**EVANS/BRIAN**
**HA 296 A**                              20JUN20
1:20P      Honolulu/HNL        1737526466542
2:05P      Maui/OGG
HA163300838                          JDGMSH
BOARDING START 12:55P  BOARDING CLOSES: 1:05P  Bag  unt   Bag Tag #
Zone: 1      GATE: A18    SEAT: 2E         Bag: HA709314

EVANS/BRIAN
HA 296 A
1:20P
2:05P
HA163300838

GATE: A18
SEAT: 2E
Zone: 1

PREMIER CLUB

032

---

# HAWAIIAN ✈  BOARDING PASS  HAWAIIAN ✈

**VENEGAS CIFUENTES/ANDRES FELIPE**
**HA 179 Y**                       18JUN20
10:30A     Maui/OGG        1737526466543
11:15A     Honolulu/HNL

VENEGAS CIFUENTE
S/ANDRES FELIPE
HA 179 Y
10:30A

# HAWAIIAN ✈  BOARDING PASS  HAWAIIAN ✈

**EVANS/BRIAN**
**HA 296 A**                       8JUN2
1:20P      Honolulu/HNL     1737526   6542
2:05P      Maui/OGG
HA163300838                     JDGMSH
BOARDING START 12:55P  BOARDING CLOSES: 1:05P  Bag Count   Bag Tag #
Zone 1      GATE: A18    SEAT: 2E

EVANS/BRIAN
HA 296 A
1:20P
2:05P
HA163300838

GATE: A18
SEAT: 2E
Zone: 1



PREMIER CLUB

032



**OFFICE OF**
**CONGRESSMAN JODY HICE**
10TH DISTRICT OF GEORGIA

100 Court Street
Monroe, GA 30655
(770) 207 - 1776 Office
(770) 266 - 6751 Fax

## PRIVACY ACT RELEASE

**Contact Information:** *Please provide your mailing address. If either your physical or mailing address is located outside the 10th Congressional District of Georgia, please explain in your statement below.*

PREFERRED TITLE: (MR)   MS.   MRS.   DR.   OTHER:

NAME: BRIAN EVANS

ADDRESS: 101 Stone Mill Run   Apt 61   COUNTY: Clarke

CITY: Athens   STATE: GA   ZIP: 30605

DAYTIME PHONE: 407-747-6955   MOBILE PHONE: Same

FAX:   EMAIL: belasvegas@yahoo.com

**Alternate Contact:** *If you would like to authorize another person to communicate with us in reference to your case, you must state his or her name and phone number. If an attorney represents you, please note here.*

ALTERNATE CONTACT NAME:   PHONE NUMBER(S):

**Identification:** *Not all the following identification pertains to your concerns. Please provide your social security number, date of birth and any other identification relevant to your case.*

SOCIAL SECURITY NUMBER: 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   DATE OF BIRTH: 5 - 3 - 1970

VA FILE NUMBER:   CLAIM NUMBERS:

USCIS RECEIPT NUMBER(S): LIN 1990279662   COUNTRY OF BIRTH (IF USCIS): USA

**Your Statement:** *Below or in an attached letter, please provide a statement regarding the nature of your problem and the assistance you need from this office. Please attach copies of any documents important to your case:* NVC Case # BNS2019630001

STATEMENT:

My name is Brian Evans, 2018 nominee for US Congress (HI) and a singer from USA. I had an interview for my spouse in June, and the day I got to Buenos Aires, Argentina was told my spouse needed a tuberculosis test the medic advised us to return to Mexico (where we've been robbed 4 times), we did, and came back two months later following that test. My case is expedited and approved as such due to surgeries that I need. when I got to Argentina for the test results, results we've requested for two months before we returned, we were told the results for the first and second test came in — but the laboratory LOST the third. This is my 4th trip to Argentina, and my finances are dwindling. I need help now to do this initial test, or that the first two tests suffice

I, (print your name) Brian Evans , authorize (agency name) USCIS NVC to release information contained in my (agency name) USCIS or NVC records as relevant to checking my case status, and to the extent permitted by law, to Congressman Jody Hice and the Member's staff.

*I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it, 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct. Pursuant to the requirements of the Privacy Act P.L. 93-579, I hereby authorize Congressman Jody Hice and his staff to access my records and I respectfully request their assistance in resolving my case.*

SIGNATURE:   DATE: 9/24/2019



[Emblem]
## GOVERNMENT OF THE CITY OF BUENOS AIRES
### PEOPLE'S CIVIL STATUS AND LEGAL CAPACITY

| Circumscription: 1 | VOLUME: 2M | NUMBER: 181 | YEAR: 2019 |
|---|---|---|---|

In the autonomous city of Buenos Aires, in the Argentinian Republic, on February 15, 2019, I, an official of the People's Civil Status and Legal Capacity, hereby register the **MARRIAGE** of:

### Brian EVANS

Status: Single      Occupation: Singer - Writer      Age: 48      ID: 536893513
Nationality: USA      Born in: Massachusetts, USA
Address: Florida, USA
Son/Daughter of *William EVANS*      Nationality: USA      Occupation: Retired
and of *Helen Marie BOUSQUET*      Nationality: USA      Occupation: - - - - - -

### Andres Felipe VENEGAS CIFUENTES

Status: Single      Occupation: Photographer      Age: 22      ID: 95567678
Nationality: Colombian Born in: Bogota - Colombia
Address: Mansilla, Lucio Norberto, General 3267 – City of Buenos Aires, Argentina
Son /Daughter of *Pedro Pablo* Nationality: Colombian      Occupation: Builder
*VENEGAS SALAZAR*
and of *Maria Eunice CIFUENTES*      Nationality: Colombian      Occupation: Builder
*PLAZAS*
The parties declare that they have celebrated the marriage: NO
--/--/-- record No. _____ Reg. Notary act: _____
The parties declare that they chose the separation of assets regime: NO
Having complied with the legal formalities and received the consent of the parties in the name of the Law
I declare them united in marriage before the following witnesses:

*Andres David ACOSTA RESTREPO*      ID: 94970315      Age: 35      Civil status: Single
Address: Vicente Lopez – BUENOS AIRES - Argentina
*Luisa Fernanda ESPINOSA PARRA*      ID: 95500792      Age: 22      Civil status: Single
Address: PERON, JUAN DOMINGO, TTE. GENERAL 4281 – City of Buenos Aires – Argentina

Since the contracting party has no knowledge of the national language, he/she gave his/her consent through the public translator of the English language, Valeria Analia CARDOZO, ID No. 32071466, 33 years old, Reg. No. 7495, Volume XIX, Folio 372, Monte Chingolo – Buenos Aires, who was present during this act. DI-2018-DGRC. This record was read and translated into the English language, is signed together with me, by the parties, the public translator and the witnesses.

[Signatures]      [Stamp: Government of the city of Buenos Aires
                  Registration Directorate
                  People's Civil Status and Legal Capacity]
[Signed]
[Valeria Analia Cardozo      [Signed]
Public Translator of the English language      [Stamp: Dr. Victor Daniel Monteverde
Reg. XIX Folio 372, Cap. Fed.      Public Officer
[illegible] CTPC B.A. No. 7495      Registrar of the People's Civil Status and Legal
Reg. X Folio 117, BS. AS.]      Capacity]

Certified Translation – File No. 2019-288
Name of Document: Birth Certificate

BBT TRANSLATION SERVICES • 1168 Woodland Terrace Trail • Altamonte Springs, FL 32714
T:407 286 6976 / F.407.479.3146 • www.bbt-translation-services.com

Page 2 of 5





### GOBIERNO DE LA CIUDAD DE BUENOS AIRES

### REGISTRO DEL ESTADO CIVIL Y CAPACIDAD DE LAS PERSONAS

| Circunscripción_1 | TOMO:2M | NUMERO:181 | AÑO:2019 |
|---|---|---|---|

En la Ciudad Autónoma de Buenos Aires de la República Argentina, a 15 de febrero de 2019 Yo, Funcionario del Registro del Estado Civil y Capacidad de las Personas, inscribo el MATRIMONIO de:

## Brian EVANS

Estado: Soltero/a          Profesión: Cantante - Escritor          Edad: 48 años          PAS: 536893513
Nacionalidad: Estadounidense          Nacido/a en: Massachusetts - Estados Unidos de América
Domicilio: - Florida - Estados Unidos de América
Hijo/a de: *William EVANS*          Nacionalidad: Estadounidense          Profesión: Jubilado
y de: *Helen Marie BOUSQUET*  Nacionalidad: Estadounidense          Profesión: ----------------

## Andres Felipe VENEGAS CIFUENTES

Estado: Soltero/a          Profesión: Compositor - Fotógrafo          Edad: 22 años          DNI: 95567678
Nacionalidad: Colombiana          Nacido/a en: - Bogotá - Colombia
Domicilio: Mansilla, Lucio Norberto, General 3267 - Ciudad de Buenos Aires - Argentina
Hijo/a de: *Pedro Pablo VENEGAS SALAZAR*          Nacionalidad: Colombiana          Profesión: Constructor
y de: *Maria Eunice CIFUENTES PLAZAS*  Nacionalidad: Colombiana          Profesión: Constructora

Los contrayentes declaran que han celebrado convención matrimonial: No

• --/--/---- escritura N? --------- Reg. Notarial ------- ----------

Los contrayentes declaran que optaron por régimen de separación de bienes: NO

Cumplidas las formalidades legales y recibido el consentimiento de los contrayentes en nombre de la Ley los declaré unidos en matrimonio ante los testigos:

*Andres David ACOSTA RESTREPO*          DNI: 94970315          Edad: 35 años          Estado: Soltero/a
Domicilio: - Vicente Lopez - BUENOS AIRES - Argentina

*Luisa Fernanda ESPINOSA PARRA*          DNI: 95500792          Edad: 22 años          Estado: Soltero/a
Domicilio: PERON, JUAN DOMINGO, TTE. GENERAL 4281 - Ciudad de Buenos Aires - Argentina

Por ignorar el idioma nacional, el contrayente en primer termino presta su consentimiento por intermedio de la traductora pública del idioma inglés, Valeria Analia CARDOZO, DNI 32071466, 33 años, N° de Insc. 7495 Tomo XIX Folio 372, Monte Chingolo - Bs. As., presente en este acto. DI-2018-68-DGRC. Leído este asiento y traducido al idioma inglés, lo firman conmigo los contrayentes, la traductora pública y los testigos.

Luisa Espinosa P.

VALERIA ANALIA CARDOZO
TRADUCTORA PÚBLICA DE INGLÉS
MAT. T° XIX F° 372 CAP. FED.
INSP. C.T.P.C.B.A. NRO. 7495
MAT. T° X F° 117 BS. AS.

Dr. VICTOR DANIEL MONTEVERDE
OFICIAL PÚBLICO
REG. DEL EST. CIVIL Y CAP. DE LAS PERSONAS

# Statement of Services Rendered

**HAWAII FAMILY DENTAL**

500 Ala Moana Blvd, Ste 7-220
Honolulu, HI 96813
Ph # : 808-523-3190

BRIAN   EVANS
160 KEONAKAI ROAD UNIT 25-104
KIHEI, HI 96753

| Date : | 7/21/2021 |
| --- | --- |
| Account # : | 50175906 |
| Account Balance : | 2,733.85 |
| Office # : | KI |

Wednesday, July 21, 2021

| Date | Description | Chart # | Patient Name | Check # | Code | Th | Surf | Charges | Credits |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | 0.00 |
| | Previous Balance | | | | | | | | |
| 12/16/2020 | Periodic Invisalign Visit | INVISA LIGN | Venegas, Andres | | D8670I | | | | |
| 1/15/2021 | Periodic Ortho Contract Billing - Patien... | INVISA LIGN | Venegas, Andres | | D8670 | | | 254.95 | |
| | Periodic Ortho Contract Billing - Patien... | INVISA LIGN | Venegas, Andres | | D8670 | | | 254.95 | |
| 2/5/2021 | Periodic Ortho Contract Billing - Patien... | INVISA LIGN | Venegas, Andres | | D8670 | | | 254.95 | |
| 2/22/2021 | Periodic Ortho Contract Billing - Patien... | INVISA LIGN | Venegas, Andres | | D8670 | | | 4,844.00 | |
| | Ortho - Reverse Charge | INVISA LIGN | Venegas, Andres | | | | | | -2,875.00 |
| 3/24/2021 | Broken Appointment - No Charge | INVISA LIGN | Venegas, Andres | | ZFEEBA0 | | | | |

Total of Today's Activity :    5,608.85    -2,875.00

Total Balance for the Account :    2,733.85

Account Balance as of :   7/21/2021

| Current | Over30 | Over60 | Over90 | Over120 | Total Balance | | Reg Cont. Bal. | Ort Cont. Bal. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 2,733.85 | 2,733.85 | | 0.00 | 0.00 |
| | | | | Estimated Insurance | 0.00 | | | 0.00 |
| | | | | Estimated Patient | 2,733.85 | | | 0.00 |

**Messages :**
Hawaii Family Dental has gone Green! Statements are electronic and contactless!
Payment is due upon receipt of this statement by card or check only if mailing. Thank you.

**Comments :**
No Future Appointments

Page : 1 of 1

# HAWAII FAMILY DENTAL

| Referring Office | Klh |
| Banding Office | Klh |
| Treating Office | Klh |

## Orthodontic Payment Plan Agreement

| Patient: | | | Account Number: | | | | |
|---|---|---|---|---|---|---|---|
| Responsible Party: | | | Date Fees presented: | | | | Initials (if not signing same day) |
| Insurance: | Other/None | | Provider ID: | | Ortho/GP: | Ortho | |

| | | | | | |
|---|---|---|---|---|---|
| Banding Fee: | $ | 2,733.85 | Includes Records and Retainer (non-Vivera) | | |
| Tax: | $ | 113.91 | ADA Code: | | D8090 |
| Subtotal: | $ | 2,847.76 | Banding Date: | | 09/23/2020 |
| (-) Estimated Insurance Benefits: | $ | 0.00 | Treatment Length: | | 24 |
| Total: | $ | 2,847.76 | Type: | | Invisalign |
| Down Payment: | $ | 0.00 | | | |
| Total Amount of Payment Plan: | $ | 2,847.76 | | | |
| Monthly Payment Amount: | $ | 118.66 | | | |
| Total # of payments: | | 24 | | | |
| Final Payment: | $ | 118.58 | [1] | | |
| Payment Date: | 26th | day of Month | | | |
| First Billing Date: | 8/26/2021 | | | | |

I agree to the above payment schedule. The monthly payments are not predicated upon the number of appointments nor upon the amount of attention rendered; therefore, in the event of scheduled or unscheduled changes to treatment period, the monthly payments will not be discontinued or altered.

The above schedule is based on estimated Insurance Benefits, the actual amount received by the insurance company will be applied to the patient account and any balance or refund due will be assigned to the responsible party.

If patient transfers during treatment, a minimum banding fee will be applied and the treatment cost will be pro-rated for fees through the transfer date, based on estimated months of treatment, regardless of actual dates of treatment services in office. If patient cancels prior to end of treatment, a minimum banding fee will be applied, treatment cost will be pro-rated for fees through cancellation date, and a non-completed fee will be assesed.

Hawaii Dental Group, Inc. (HDG) is authorized to charge the above monthly payment on the date specified. If the charge is declined or there are insufficient funds, HDG is authorized to re-draft the scheduled amount within 14 days after the scheduled date. I understand any declined or insufficient funds will be subect to a $20.00 fee. If any payment is not paid by the next payment cycle, the current balance will be due in full. I will immediately inform HDG if there are any changes to the payment information below.

The fees presented in this Payment Plan Agreement are valid for 60 days. I understand if I have not started my orthodontic treatment within 60 days of signature, a new Payment Plan Agreement will be required.

Brian K. Evans

| Print Responsible Party Name | Responsible Party Signature | Date 7/21/21 |

Card # 5403-2477-4426-6798   Exp (MM/YYYY): 03/2024   CVV: 885

Card Type ☒ Visa/MasterCard ☑ Discover ☐ American Express

Address: 1140 Keonekai Road
Street
Kihu
City
HI
State
96763
Zipcode

# Residential Rental Agreement

## 1. RESIDENCY, FINANCIALS, POLICIES

### 1.1 PARTIES, OCCUPANTS, PREMISES

This Agreement is made this date **20 May 2024** between Jim and Nancy Andring hereinafter designated the Landlord and the undersigned resident(s): Brian Evans, Andy Evans, and Franco David Martinez Reguera hereinafter designated the Tenants (regardless of number), Brian Evans is solely responsible for all elements of this Agreement as well as being responsible for Franco David Martinez Requera and Andy Evans and any expenses related to them.

The said Landlord does hereby rent unto the said Tenant the residence situated at: 1250 Fruit Valley Lane, White Salmon, WA 98672, Klickitat County, State of Washington, hereinafter designated the **Premises**.

### 1.2 TERM

The Premises are rented for a term commencing on **1 June 2024** and terminating at 12:00 midnight on **31 May 2025**.

Upon expiration of the term, all Tenant rights to occupy the Premises shall cease without right to extend the term hereof. This Agreement shall not automatically revert to a month-to-month tenancy following expiration of the term. If Landlord and Tenant agree to sign a new rental agreement, it may be a one-year contract or on a month to month basis.

### 1.3 RENT

The Tenant shall pay rent and other recurring charges, which are all considered "Rent", as follows: **$2,200 per month**, plus $100 per month for water, for a **total of $2,300 per month** for the above Premises on or before the 5th day of each and every month in advance to the Landlord. It is absolutely the responsibility of the Tenant to deliver rent payments to PO Box 1453, White Salmon, WA 98926 or any other such place that the Landlord may designate. Any rent unpaid by the due date is considered delinquent.

**There shall be a late fee charged of $50.00 for any rent payment received after the 5th day of the month, regardless of day of the week or holidays.** An additional $5.00 late fee per day shall be charged for each subsequent day until full rent amount is paid, with the maximum per day late fee charge accrued to be $60.00 in any one month.

Payments by Tenant may be applied to any open charges in order of least recent to most recently incurred or at sole discretion of Landlord. Landlord reserves the right to serve a 14 Day Notice to Pay Rent or Vacate immediately after the rental due date without waiting until late payment charges begin to accrue. If it is necessary to issue a second notice during tenancy, there may also be a 20-day Notice of Termination.

Tenant shall pay all rent and other charges, including utilities and installment payments of last month's rent and security deposit, promptly when due or assessed.

### 1.4 UTILITIES AND SERVICES PAID BY LANDLORD

The following item is paid by the landlord: Water
Tenant is responsible for any and all other utilities and services not provided for in this Rental Agreement.

Tenant will be charged a $25 fee for any utilities not transferred to Tenant responsibility on first day of Rental Agreement, or put back into the owner/Landlord's name before end of Rental Agreement. Landlord reserves the option to pay unpaid utilities and add expense to Tenant rental account. Regardless of which party pays for utilities, utilities must be on at all times. Tenant may not turn off power to unit at any time during Rental Agreement. Any charges due to excessive use of provided utilities may be billed to Tenant.


Scanned with CamScanner



**JOSH GREEN, M.D.**
GOVERNOR

**SYLVIA LUKE**
LT. GOVERNOR



**STATE OF HAWAI'I**
**DEPARTMENT OF TAXATION**
*Ka 'Oihana 'Auhau*

**GARY S. SUGANUMA**
DIRECTOR OF TAXATION

**KRISTEN M.R. SAKAMOTO**
DEPUTY DIRECTOR

BRIAN AND ANDY EVANS
140 UWAPO RD APT 19-103
KIHEI HI 96753-7427



Date: November 27, 2023
Letter ID: L1576130688
SSN: XXX-XX-2237

Case No.: 2356012

This confirms that you have entered into an installment plan agreement with the Department of Taxation for the outstanding State taxes listed below.

| ID | Tax | Penalty | Interest | Other | Total |
|---|---|---|---|---|---|
| XXX-XX-2237 | 1,776.00 | 498.00 | 290.08 | 50.00 | 2,614.08 |
| **TOTAL** | **$1,776.00** | **$498.00** | **$290.08** | **$50.00** | **$2,614.08** |

The terms of the agreement are as follows:
- All required tax returns must be filed.
- Interest and any applicable penalties will continue to accrue on the unpaid balance until paid in full.
- All future tax returns must be filed on time and paid in full.
- Any refund from taxes will be applied against the outstanding balance.
- The outstanding balance must be paid in full within the allotted time set by the agreement.
- To avoid the filing of a State Tax Lien, installment plan agreement must be completed within 36 months (3 years).
- If paying by check or money order, all installment payments must be made by the Installment Due Date. Check or money order must be in U.S. dollars payable to the **HAWAII STATE TAX COLLECTOR.**
- If you fail to comply with any of these conditions, you will be in default of your installment agreement and we may take enforcement actions, such as file a State tax lien, levy, garnishment and/or refer to a private collection agency, for the entire amount you owe.

The following schedule is the installment payment plan that you agreed to.

Installment Plan Agreement

bGL046 v12



Presorted
First-Class Mail
U.S. Postage Paid
American Express

AB 01 018667 17023 H 47 A

BRIAN K EVANS
ANDY EVANS
1250 FRUIT VALLEY LN
WHITE SALMON WA 986726748

(T) EVANS,BRIAN

(S) EVANS,ANDY

140 UWAPO RD 19-103
KIHEI, HI 96753

**Return Status : COMPLETE**

**H&R BLOCK**

OFFICE NUMBER: 12249

| TAXPAYER | | | | |
|---|---|---|---|---|
| EVANS,BRIAN | | **TAX PREPARER** | | **BLOCK FEES** |
| CELL | | Delia Jones 931701 | | |
| BEST TIME TO CALL: | (808)276-4377 | TAX PREP START DATE: 06-14-2023 | | RETURN PREP FEE: $169.00 |
| (T)SSN | Anytime | TAX PREP FINISH DATE: 06-21-2023 | | COUPONS AND PRIOR PAYMENTS: $(176.04) |
| E-MAIL ADDRESS: | 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 | NEW or RETURNING: Returning | | OTHER FEE(s): $7.04* |
| FILING STATUS: | BELASVEGAS@YAHOO.COM | RETURNS PREPARED: | | TOTAL FEES $0.00 |
| ONLINE RETURN: | 2-Married Filing Jointly | Federal 1040 | | * FEES INCLUDE:Excise Tax ($7.04) |
| FED EFILE SETTLEMENT: | Approve Online ] Self Select PIN | State/City HI | | |
| STATE EFILE SETTLEMENT: | Zero Balance | E-SIGNED DOCUMENTS: No | | |
| | See GENERAL | Applied Refund Advance: NA | | |

**GENERAL**

| ENTITY | ADJUSTED GROSS INCOME | TAXABLE INCOME | TAX LIABILITY | TOTAL PAYMENTS | REFUND / BALANCE DUE | SETTLEMENT OPTION |
|---|---|---|---|---|---|---|
| HAWAII | -2755 | 0 | 0 | 220 | 220 | DOR Refund ] Check |

**INTEREST**

| SOURCE | EIN | GROSS | EXEMPT | BACK-UP W/H |
|---|---|---|---|---|
| CHARLES SCHWAB | 94-1737782 | 5 | | |

**DIVIDENDS**

| PAYER | OWNER | ORDINARY INCOME | QUALIFIED DIVIDENDS | CAPITAL GAINS | NON-TAXABLE | EXEMPT INCOME | NOMINEE DISTRIBUTIONS | BACKUP W/H |
|---|---|---|---|---|---|---|---|---|
| CHARLES SCHWAB | T | 240 | 240 | | | | | |



Brian

9 de abr. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto

Brian

20 de abr. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto
Compartir contacto

Brian

22 de abr. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto
Compartir contacto
Exportar chat

Brian

21 de abr. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto
Compartir contacto

Brian

23 de abr. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto

Brian

23 de abr. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto

Brian

24 de abr. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto

Brian

1 de may. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto

Brian

2 de may. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado

Brian

4 de may. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto

Brian

6 de may. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa

Brian

6 de may. de 2019

Archivos, enlaces y docs.
Mensajes destacados
Buscar chat
Silenciar   No
Tono personalizado   Por defecto (Nota)
Guardar en Fotos   Por defecto
Cifrado
casa
+1 (407) 747-6955
Detalles del contacto



1:54

a expedia.com



**Chichén Itzá Light and Sound Experience: 11:30 AM, Tour from Cancun in English, includes Food and Drinks**
Hotel Pickup
View your Voucher

Reservation dates
Mar 26, 2019 - Mar 26, 2019

Itinerary #          Supplier reference #
7417212109281   RDUJL1F

Host
Chichen Itza Sightseeing Customer Service
(Reservation Confirmation, Local): +52 (998) 887 1971
Chichen Itza Sightseeing Customer Service
(Reservation Confirmation, Local): +52 (998) 887 0757

Reserved for
Brian Evans
2 vouchers: 2 travelers

---

1:57

a expedia.com



**Isla Mujeres Catamaran Adventure with Private Beach Club: 10:00 AM, Tour without Transportation includes Food and Drinks**
Hotel Pickup
View your Voucher

Reservation dates
Mar 9, 2019 - Mar 9, 2019

Itinerary #          Supplier reference #
7417156133841   7417156133841

Host
Albatros Customer Service
Reservation Confirmation, Local): +52 (998) 207 06
Albatros Customer Service
Reservation Confirmation, Toll-free): +1 (866) 218 02

Reserved for
Brian Evans
vouchers: 2 travelers

Back to top

---

1:52

a expedia.com

My Trips          Print          Email          Options

# Isla Mujeres, Mexico

Sun, Apr 7 - Sun, Apr 7

✔ Booked. Check your voucher or itinerary for next steps.

Total $327.00

Activity Overview

Price summary

Rewards

How to use this deal

Where to meet

Know before you go

Rules and restrictions

More help

---

**Activity overview**          Back to top

1:59

a expedia.com

**Expedia**          ♥   ①   ☰

My Trips          Print          Email          Options

# Cancun, Mexico

Thu, Mar 7 - Thu, Mar 7

✔ Booked. Check your voucher or itinerary for next steps.

Total: $240.00

Activity Overview

Price summary

Rewards

How to use this deal

Where to meet

Know before you go

Rules and restrictions

More help

---

**Activity overview**          Back to top

---

1:54

a expedia.com



**Skip-the-Line Coco Bongo Cancun Vegas-Style Show & Disco: 10:30 PM, Open Bar ticket (Thursdays - Sundays) includes Drinks Only**
Coco Bongo
View your Voucher

Reservation dates
Mar 23, 2019 - Mar 23, 2019

Itinerary #          Supplier reference #
7417164064400   7417164064400

Host
Coco Bongo Customer Service
(Information Hotline, Toll-free): Daily: 24 Hours: +52 (998) 883 2373

Reserved for
Brian Evans
2 vouchers: 2 travelers

---

1:59

a expedia.com

**Activity overview**          back to top



**Jolly Roger Pirate Show & Dinner Cruise with Deluxe Open Bar: 6:30 PM, Cruise with Deluxe Dinner includes Food and Drinks**
Embarcadero
View your Voucher

Reservation dates
Mar 7, 2019 - Mar 7, 2019

Itinerary #          Supplier reference #
7417159519417   7417159519417

Host
Jolly Roger Pirate Show Customer Service
(Information Hotline, Local): +52 (1) 800 099 0587
Jolly Roger Pirate Show Customer Service
(Information Hotline, Toll-free): +1 (844) 872 6469

Reserved for

**1:30**     expedia.com

## Flight overview

We hope you had a great trip. Thank you for choosing Expedia for your travel reservations.

**Travel dates**
Jul 14, 2018

**Itinerary #**
7359382088514

**Confirmation**
PTBEO6 (Copa)

**Ticket #**
2307117865242 (Andres Felipe Venegas Cifuentes)

**Booking ID**
PTBEO6

Looking for activities in **Cancun**?
Explore **377** things to do 🔗

---

**1:31**     expedia.com

## ⊘ Departure Sat, Jul 14

Copa 278

**Buenos Aires (EZE)** → **Panama City (PTY)** 4:57pm
11:31am
Cabin: Economy / Coach (M)
7h 26m duration

🕐 2h 5m stop Panama City (PTY)

Copa 355

**Panama City (PTY)** → **Cancun (CUN)** 9:49pm
7:02pm
Cabin: Economy / Coach (M)
2h 47m duration

## Total duration

12h 18m

## Flight overview

---

**1:33**     expedia.com

Expedia

My Trips
Print 🖨   Email ✉   Receipt   Options ∨

## Flight to Mexico City

Sat, Dec 1 - Sun, Dec 2

✔ Booked. No need to reconfirm.

Total: $282.60

Before you go
Flight overview
Travelers
Price summary
Rewards
Additional information
More help

## Before you go

- We recommend you complete online check-in (Opens a new window) and pre-purchase all extras or baggage allowances prior to travelling to avoid higher fees charged by some airlines at the airport. Please note that

---

**1:33**     expedia.com

⊘ Departure Sat, Dec 1

Volaris 713

**Cancun (CUN)** → **Mexico City (MEX)** 7:33pm
5:58pm
Cabin: Economy / Coach (Y)
2h 35m duration

## Total duration

2h 35m

## ⊘ Return Sun, Dec 2

Volaris 704

**Mexico City (MEX)** → **Cancun (CUN)** 3:50pm
12:31pm
Cabin: Economy / Coach (Y)
2h 19m duration

## Total duration

2h 19m

---

**1:34**     expedia.com

## Traveler(s)     Back to top

**Brian Evans**

**Felipe Andres Venegas Cifuentes**

Edit traveler information

Update traveler details and make special requests. Please confirm all requests with your airline.

## Price summary     Back to top

| | |
|---|---|
| Traveler 1: Adult ⚥ | $141.30 |
| Traveler 2: Adult ⚥ | $141.30 |
| Total | $282.60* |

View receipt

All prices are quoted in USD.

## Expedia Rewards     Back to top

On this trip you will collect 131 Expedia Rewards points

- 57 base points for this trip
- 17 bonus points for +gold Bonus
- 57 bonus points for App Booking Double Points

For Expedia Rewards members

---

**1:34**     expedia.com

## Traveler(s)     Back to top

**Brian Evans**

**Felipe Andres Venegas Cifuentes**

Edit traveler information

Update traveler details and make special requests. Please confirm all requests with your airline.

## Price summary     Back to top

| | |
|---|---|
| Traveler 1: Adult ⚥ | $141.30 |
| Traveler 2: Adult ⚥ | $141.30 |
| Total | $282.60* |

View receipt

All prices are quoted in USD.

## Expedia Rewards     Back to top

On this trip you will collect 131 Expedia Rewards points

- 57 base points for this trip
- 17 bonus points for +gold Bonus
- 57 bonus points for App Booking Double Points

For Expedia Rewards members

expedia.com

## Departure Fri, Mar 1

Delta 2191

| Jacksonville (JAX) | → | Atlanta (ATL) |
|---|---|---|
| 8:00am | | 9:45am |
| | | Terminal: S |

Fare type: Basic Economy
Cabin: Economy / Coach (E)
1h 15m duration

⏱ 1h 30m stop Atlanta (ATL)

Aeromexico 5229 operated by DELTA AIR LINES INC

| Atlanta (ATL) | → | Cancun (CUN) |
|---|---|---|
| 8:15am | | 11:00am |
| Terminal: I | | Terminal: 3 |

Fare type: Basic Economy
Cabin: Economy / Coach (V)
2h 45m duration

**Total duration**

5h 30m

Traveler(s) ———— Back to top

---

expedia.com

### Traveler(s) — Back to top

**BRIAN EVANS**

Delta SkyMiles 2097363416

Edit traveler information

Update traveler details and make special requests. Please confirm all requests with your airline.

### Price summary — Back to top

| Traveler 1: Adult | $183.2? |
|---|---|
| Expedia Booking Fee | $1.2? |
| Travel protection | $22.0? |
| **Total** | **$206.43** |

View receipt

All prices are quoted in USD.

## Expedia Rewards — Back to top

On this trip you will collect 85 Expedia Rewards points

- 37 base points for this trip.
- 11 bonus points for Gold Conue

---

expedia.com

**Flight to Cancun** ✈
7415458907448
3/1/2019 - 3/1/2019
Itinerary # 7415458907448

**Hotel in Cancun** 🏨
7415587258726
2/27/2019 - 3/1/2019
Itinerary # 7415587258726

**Hotel in Buenos Aires** 🏨
7414572550846
2/23/2019 - 2/26/2019
Itinerary # 7414572550846

**Hotel in Buenos Aires** 🏨
7413691099207
2/19/2019 - 2/23/2019
Itinerary # 7413691099207

**Gran Hotel Argentino, ...** ✈ 🏨
7412075774019
2/12/2019 - 2/20/2019
Itinerary # 7412075774019

**Gran Hotel Argentino (2...** 🏨
7410998692326
2/7/2019 - 2/13/2019
Itinerary # 7410998692326

**Hotel in Buenos Aires   Cancelled**
7410789780961
2/7/2019 - 2/13/2019
Itinerary # 7410789780961

---

expedia.com

My Trips     Print 🖨     Email ✉     Options ∨

# Isla Mujeres, Mexico

Sun, Apr 7 - Sun, Apr 7

✔ Booked. Check your voucher or itinerary for next steps.

Total: $327.00

Activity Overview

Price summary

Rewards

How to use this deal

Where to meet

Know before you go

Rules and restrictions

More help

**Activity overview** — Back to top

---

expedia.com

Isla Mujeres Dolphin Encounter with Lunch: 12:00 PM, Encounter in English, Includes Food and Drinks
Playa Langosta
View your Voucher 🗎

**Reservation dates**
Apr 7, 2019 - Apr 7, 2019

| Itinerary # | Supplier reference # |
|---|---|
| 7424580456656 | 7424580456656 |

**Host**
Dolphin Discovery Mexico Customer Service (Reservation Confirmation, Local): +52 (998) 193 3360
Dolphin Discovery Mexico Customer Service (Reservation Confirmation, Toll-free): +1 (800) 393 5159

---

expedia.com

My Trips     Print 🖨     Email ✉     Options ∨

# Chichen Itza, Mexico

Tue, Mar 26 - Tue, Mar 26

✔ Booked. Check your voucher or itinerary for next steps.

Total: $131.60

Activity Overview

Price summary

Rewards

How to use this deal

Where to meet

Know before you go

Rules and restrictions

More help

**Activity overview** — Back to top



Case 1:26-cv-24244-EGT   Document 1-2   Entered on FLSD Docket 06/17/2026   Page 90 of 120











**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | CASE TYPE I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE | | NOTICE DATE 10/14/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER MSC2290075877 | | USCIS A# A055 262 613 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER NBC | PAGE 1 of 2 |



ANDY EVANS
37 DIAMOND RUN STREET
LAS VEGAS NV 89148

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS LAS VEGAS 5650 W Badura Avenue Las Vegas NV 89118 | 11/03/2022 02:00PM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring all notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

BIOMETRICS PROCESSING STAMP

SC SITE CODE

IOMETRICS QA REVIEW BY: NOV 3 - 2022
55906 ON

ENPRINTS QA REVIEW BY: NOV 3 - 2022
55906 ON

**APPLICATION NUMBER**
I751 - MSC2290075877

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.       Form I-797C 04/01/19



Photo Aug 10 2025, 6 29 52 PM.jpg



Photo Aug 10 2025, 6 29 55 PM.jpg



Photo Aug 10 2025, 6 29 57 PM.jpg



Photo Aug 19 2025, 11 59 00 PM.jpg



Photo Aug 19 2025, 11 59 35 PM.jpg



Photo Aug 25 2025, 8 14 14 AM (1).jpg







**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Information for Your Biometric Services Appointment

USCIS Application Support Centers (ASC) are open with additional precautions to prevent the spread of the coronavirus disease (COVID-19). For the most updated visitor guidance and facility entrance requirements, on the day of your appointment please visit: www.uscis.gov/about-us/uscis-response-to-covid-19.

### Appointments

* You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time at the designated location.
* Do not appear more than 15 minutes before your appointment. Military members may appear without an appointment.
* Only interpreters, attorneys or those providing needed assistance if you are disabled will be permitted to accompany you if capacity restrictions are in place. Do not bring additional individuals or family members with you to your appointment.
* Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
* If you are ill, you should reschedule your appointment. Please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) to reschedule.
* On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.

### Entrance to USCIS Facilities (Application Support Centers)

* In offices with low and medium COVID-19 transmission levels (cdc.gov/coronavirus/2019-ncov/your-health/covid-by-county.html), masking is not required; however, individuals may choose to wear a mask at any time. When levels are high, all federal employees, contractors, and visitors two years old or older must wear a mask inside federal buildings regardless of vaccination status.
* You may not enter a USCIS facility if you have:
    * COVID-19 or any symptoms of COVID-19 (according to the CDC) including, but not limited to, recently developed cough, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting (this list does not include all symptoms);
    * Been in close contact (within 6 feet for a total of 15 minutes or more) with anyone known to have COVID-19 in the past 10 days (unless you are up to date on your COVID-19 vaccination or you are a health careworker and consistently wear an N-95 respirator and proper personal protective equipment (PPE) or equivalent when in contact with COVID-19 positive individuals);
    * Returned from domestic, international, or cruise ship travel in the past 5 days (unless you are up to date on your COVID-19 vaccination);
    * Been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine in the past 10 days (unless you have been cleared to end isolation or quarantine);
* For more information for visiting USCIS facilities, please visit: www.uscis.gov/about-us/uscis-visitor-policy.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** Andy (FIRST) NMN (MIDDLE) Evans (LAST)

**LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.)**

1) Andres (FIRST) Felipe (MIDDLE) Venegas Cifuentes (LAST)

2) Andres (FIRST) NMN (MIDDLE) Venegas Cifuentes (LAST)

**DATE OF BIRTH:** 07 (MONTH) 23 (DAY) 1996 (YEAR)

**COUNTRY OF BIRTH:** Colombia     **COUNTRY OF CITIZENSHIP:** Colombia

**GENDER: (CHECK ONE)**
- ☒ MALE
- ☐ FEMALE
- ☐ OTHER

**RACE: (CHECK ONE)**
- ☐ ASIAN
- ☐ BLACK
- ☒ CAUCASIAN/LATINO
- ☐ NATIVE AMERICAN
- ☐ UNKNOWN

**EYE COLOR: (CHECK ONE)**
- ☐ BLACK
- ☐ BLUE
- ☒ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ HAZEL
- ☐ MAROON
- ☐ MULTICOLOR
- ☐ PINK
- ☐ UNKNOWN

**HAIR COLOR: (CHECK ONE)**
- ☐ BALD
- ☒ BLACK
- ☐ BLOND OR STRAWBERRY
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ ORANGE
- ☐ PINK
- ☐ PURPLE
- ☐ RED OR AUBURN
- ☐ SANDY
- ☐ WHITE
- ☐ UNKNOWN

**HEIGHT:** 5.6 FEET/INCHES **OR** 170 CENTIMETERS

**WEIGHT:** 160 POUNDS **OR** 57 KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

* *application, petition, or request that I submitted;*
* *application, petition, or request that I provided on behalf of my derivative beneficiary;*
* *application, petition, or request that was submitted on my behalf; and*
* *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

AIW: REVISED 9 MARCH 2022

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

































I love u baby 🎵






















05.04.2013 ● billboard.com ● billboard.biz

# billboard

ITUNES AT 10 How It Reshaped The Industry, And What's Next NEW POWER COUPLE Scott Borchetta & Dr. Luke THE GROOVESHARK RULING What It Means

# Every Picture Tells A Story

Rod's Return To Rock, With A New Label & His First Original Songs In 15 Years



**billboard**

MAY 4 2013

| | NEW | 24 | THE ... | VICTORY | | |
| | NEW | 25 | **KRYSTAL KEITH** SHOW DOG-UNIVERSAL | Krystal Keith (EP) | 25 | 1 |

NEW | 50 | ANCI... SEASON C...

## HEATSEEKERS SONGS™

| LAST WEEK | THIS WEEK | TITLE IMPRINT/PROMOTION LABEL | Artist | WKS. ON CHART |
|---|---|---|---|---|
| 5 | 1 | **#1** 1 WK **CUPS (PITCH PERFECT'S WHEN I'M GONE)** UME/REPUBLIC | Anna Kendrick | 18 |
| 3 | 2 | **CLARITY** INTERSCOPE | Zedd Featuring Foxes | 9 |
| 2 | 3 | **LOVE AND WAR** STREAMLINE/EPIC | Tamar Braxton | 20 |
| 4 | 4 | **LEVITATE** SURFACE NOISE | Hadouken! | 9 |
| 8 | 5 | **U.O.E.N.O.** ROCKY ROAD | Rocko Feat. Future & Rick Ross | 3 |
| 6 | 6 | **WINGS** SYCO/COLUMBIA | Little Mix | 6 |
| 10 | 7 | **I COULD BE THE ONE** LE7ELS/CASABLANCA/REPUBLIC | Avicii vs Nicky Romero | 7 |
| 13 | 8 | **CRICKETS** EXIT 8/A&M/OCTONE/INTERSCOPE | Drop City Yacht Club Feat. Jeremih | 4 |
| 12 | 9 | **TAKE ME TO THE KING** TILLYMANN | Tamela Mann | 8 |
| NEW | 10 | **CHLOE (YOU'RE THE ONE I WANT)** SYCO/COLUMBIA | Emblem3 | 1 |
| 18 | 11 | **SAFE AND SOUND** LAZY HOOKS/CAPITOL | Capital Cities | 4 |
| 15 | 12 | **AMERICAN BEAUTIFUL** ARISTA NASHVILLE | The Henningsens | 5 |
| 14 | 13 | **WOP** STEREOFAME | J. Dash | 7 |
| NEW | 14 | **GANGSTA** VESTED IN CULTURE/EPIC | Kat Dahlia | 1 |
| NEW | 15 | **AT FENWAY** BRIAN EVANS | Brian Evans | 1 |
| 16 | 16 | **SWEATER WEATHER** [R]EVOLVE/COLUMBIA | The Neighbourhood | 6 |
| 17 | 17 | **GOLD** SPARROW/CAPITOL CMG/CAPITOL | Britt Nicole | 11 |
| 20 | 18 | **WHOM SHALL I FEAR (GOD OF ANGEL ARMIES)** SIXSTEPS/SPARROW/CAPITOL CMG | Chris Tomlin | 14 |
| NEW | 19 | **DON'T YA** ATLANTIC/WMN | Brett Eldredge | 1 |
| 23 | 20 | **LEGGO** MOTOWN/IDJMG | B. Smyth Featuring 2 Chainz | 2 |
| 21 | 21 | **10,000 REASONS (BLESS THE LORD)** SIXSTEPS/SPARROW/CAPITOL CMG | Matt Redman | 37 |
| NEW | 22 | **EN LA OBSCURIDAD** CAPITOL LATIN/UMLE | Belinda | 1 |
| NEW | 23 | **I LIKE IT** CBE/ATLANTIC | Sevyn Streeter | 1 |
| NEW | 24 | **BREEZEBLOCKS** INFECTIOUS/CANVASBACK/ATLANTIC | alt-J | 1 |
| RE | 25 | **ZUMBA** ORFANATO/MACHETE/UMLE | Don Omar | 4 |

## REGIONAL HEATSEEKERS #1 ALBU...

**PACIFIC**
DESPERATE GROUND
THE THERMALS

**WE...**
LIV...
EM...

**MOUNTAIN**
STARS IN STEREO
STARS IN STEREO

**EAST NO...**
CYCLES OF ...

BROOKROYAL

After her mainstream breakthrough as the featured artist on **Icona Pop's** hit "I Love It," **Charli XCX's** debut album, *True Romance*, bows at No. 5 on Billboard's Heatseekers Albums chart (2,000 copies sold, according to Nielsen SoundScan).

The British singer/songwriter wraps a European tour on May 4 and then travels to San Francisco on May 6 for a U.S./Canadian trek that runs through July 20. In addition to those headlining dates, Charli XCX will open for **Marina & the Diamonds** and play Bonnaroo (June 13-16). —*Keith Caulfield*

### MID ATLANTIC

| | |
|---|---|
| 1 | **THE THERMALS** |
| 2 | **ICONA POP** |
| 3 | **CARLA BRUNI** |
| 4 | **KREWELLA** |
| 5 | **CHARLI XCX** |
| 6 | **MY BLOODY VALI...** |
| 7 | **TURNOVER** |
| 8 | **SLAINE**  Slaine Prese... |
| 9 | **LAURA MVULA** |
| 10 | **HALF MILE HOME**  C... |

Data for week of 05.04.2013 | For chart reprints call 212.493.4023

nielsen SoundScan

nielsen BDS

Case 1:25-cv-2424-EGT    Document 72-1    Entered on FLSD Docket 06/17/2026    Page 107 of 120

## Play MPE Weekly Top 20 Jazz and Classical [Jun 7 - 13, 2026]

From: Play MPE Charts (charts@plaympe.com)

To: belasvegas@yahoo.com

Date: Saturday, June 13, 2026 at 08:08 PM EDT



Case 1:26-cv-2424-EGT  Document 1-72-1  Entered on FLSD Docket 06/17/2026  Page 108 of 120

**Jun 7 - 13, 2026**

# Top Songs All Countries in Jazz and Classical by All Labels

## By Streams

| # | | Song Title | Artist Name |
|---|---|---|---|
| 1 | | Fussing and Fighting | Keb' Mo' |
| 2 | | Yin Yang | TOBIN MUELLER & TOMÁS MARTINEZ |
| 3 | | DONT WORRY, BE HAPPY | Brian Evans |
| 4 | | Spirit Secret | Tomas Janzon |
| 5 | | New York, New York | Brian Evans |
| 6 | | Shades of Blues in the Night | TOBIN MUELLER & TOMÁS MARTINEZ |

Case 1:26-cv-24244-ECT    Document 1-2    Entered on FLSD Docket 06/17/2026    Page 109 of 120

| 7 | | Hear Me | Marisa Balistreri |
|---|---|---|---|
| 8 | | May Six | Tomas Janzon |
| 9 | | All Neighbors | Tomas Janzon |
| 10 | | La La La | Will Armex |
| 11 | | Donna Lee | Richard Baratta |
| 12 | | Shenandoah | TOBIN MUELLER & TOMÁS MARTINEZ |
| 13 | | Así Cantaba Papá | Celia Cruz, Johnny Pacheco, Pete "El Conde" Rodríguez |
| 14 | | I'm A Traveler | Brian Evans |
| 15 | | Ugly Chic | Schapiro 17 |
| 16 | | Danke Schoen | Brian Evans |



| | | | |
|---|---|---|---|
| 17 | | Soul Eyes | Sylvia Brooks |
| 18 | | The Eclipse | Malcolm Strachan |
| 19 | | Leave It All Behind | Malcolm Strachan |
| 20 | | Son of Jolene | Belles with Dolly Parton |

## By Downloads

| # | | Song Title | Artist Name |
|---|---|---|---|
| 1 | | Fussing and Fighting | Keb' Mo' |
| 2 | | DONT WORRY, BE HAPPY | Brian Evans |
| 3 | | Yin Yang | TOBIN MUELLER & TOMÁS MARTINEZ |
| 4 | | New York, New York | Brian Evans |

Case 1:26-cv-24244-EGT   Document 1-2   Entered on FLSD Docket 06/17/2026   Page 111 of 120



| | | | |
|---|---|---|---|
| | | New York, New York | Brian Evans |
| 5 | | Spirit Secret | Tomas Janzon |
| 6 | | Shades of Blues in the Night | TOBIN MUELLER & TOMÁS MARTINEZ |
| 7 | | Son of Jolene | Belles with Dolly Parton |
| 8 | | Donna Lee | Richard Baratta |
| 9 | | All Neighbors | Tomas Janzon |
| 10 | | Shenandoah | TOBIN MUELLER & TOMÁS MARTINEZ |
| 11 | | La La La | Will Armex |
| 12 | | May Six | Tomas Janzon |
| 13 | | Así Cantaba Papá | Celia Cruz, Johnny Pacheco, Pete "El Conde" Rodríguez |



| 14 | Anthropology | Richard Baratta |
| 15 | The Toy Symphony | Harpo Marx |
| 16 | Introduction by James K. Guthrie | Harpo Marx |
| 17 | Danke Schoen | Brian Evans |
| 18 | Ah-Leu-Cha | Richard Baratta |
| 19 | Soul Eyes | Sylvia Brooks |
| 20 | Guardian Angels (Elmer) | Harpo Marx |

**See the full charts**

Destiny Media Technologies | 428 - 1575 W Georgia St, Vancouver, BC V6G 2T1
Contact support| Unsubscribe from receiving notifications from Play MPE

6/16/2026, 9:19 AM

# EXHIBIT E

# Summary of Additional Facts and Chronology of Events

**Summary of Additional Facts and Chronology of Events**

1. Brian Evans and Andreas ("Andy") Evans entered into a marriage that Plaintiff maintains was genuine and entered into in good faith.

2. Following the marriage, Brian Evans and Andy Evans resided together at multiple addresses over a period of years.

3. During the marriage, Brian Evans and Andy Evans accumulated evidence commonly associated with a bona fide marital relationship, including cohabitation records, tax filings, insurance records, travel records, photographs, and affidavits.

4. At various times during the marriage, Brian Evans suffered significant personal hardships, including grief related to the death of his mother, emotional distress, and other personal difficulties.

5. During this period, Brian Evans authored letters that were later relied upon by USCIS as evidence against the marriage.

6. Brian Evans subsequently retracted those accusations and maintained that the letters did not accurately reflect the true nature of the marriage.

7. The letters relied upon by USCIS were written approximately six years before the

denial decision.

8. Following those letters, Brian Evans and Andy Evans remained married for approximately six additional years.

9. During those six years following the letters, the parties continued their marital relationship, continued residing together for substantial periods, continued presenting themselves as a married couple, continued accumulating evidence of a shared life, and continued maintaining the marriage.

10. Plaintiff contends that USCIS gave substantial weight to statements made approximately six years earlier while giving insufficient weight to the six years of conduct, cohabitation, financial planning, travel, tax filings, and marital commitment that followed.

11. Plaintiff further contends that the continuation of the marriage for approximately six years after the letters is inconsistent with USCIS's conclusion that the marriage was entered into solely for immigration purposes.

12. Plaintiff contends that USCIS failed to adequately explain why six-year-old accusations should outweigh approximately six years of subsequent marital conduct and documentary evidence supporting the bona fide nature of the marriage.

13. During those six years following the letters, Brian Evans and Andy Evans continued their marital relationship, continued residing together for substantial periods, and continued presenting themselves as a married couple.

14. Brian Evans and Andy Evans filed joint tax returns during the marriage.

15. The parties maintained insurance arrangements benefiting one another.

16. USCIS's denial letter references insurance evidence but, according to Plaintiff, omits evidence showing reciprocal life-insurance planning between the spouses, including beneficiary designations in both directions.

17. Plaintiff contends that the denial letter inaccurately or incompletely describes several material facts contained within the record.

18. USCIS conducted interviews concerning the I-751 petition.

19. During those interviews, USCIS identified various alleged inconsistencies and relied upon those alleged inconsistencies in its final decision.

20. Plaintiff contends that many of the cited inconsistencies involve ordinary differences in recollection regarding events that occurred years earlier.

21. USCIS also relied upon living arrangements, separate sleeping arrangements, lease information, roommates, and financial arrangements as factors supporting its decision.

22. Plaintiff contends that these facts were taken out of context and that innocent explanations existed for each of those circumstances.

23. Plaintiff suffers from sleep apnea and utilizes a CPAP machine.

24. Plaintiff contends that separate sleeping arrangements were explained by medical and practical considerations rather than any lack of a bona fide marital relationship.

25. USCIS ultimately denied the I-751 petition and concluded that the marriage was not bona fide.

26. Plaintiff disputes that conclusion and maintains that the marriage was genuine throughout the relevant period.

27. Plaintiff further contends that the denial failed to fairly evaluate the totality of the evidence supporting the marriage.

28. Plaintiff alleges that government officials sought information from individuals familiar with the marriage.

29. Among those individuals was Franco Martinez Reguera.

30. Plaintiff alleges that Franco Martinez Reguera possesses firsthand knowledge of the relationship between Brian Evans and Andy Evans.

31. Plaintiff alleges that Franco Martinez Reguera was asked to provide information characterizing the marriage as fraudulent.

32. Plaintiff alleges that Franco Martinez Reguera refused to make statements that he believed to be false.

33. Plaintiff alleges that Franco Martinez Reguera was presented with what he understood to be an ultimatum and that immigration benefits, including the possibility of lawful status or a green card, were discussed in connection with providing information adverse to the marriage.

34. Plaintiff contends that Franco Martinez Reguera's testimony will contradict the conclusion that the marriage was fraudulent. In fact he refused the offer by an ICE agent to make a false claim about Brian's marriage for a work visa. It was a Writ of Mandamus filed in this Court that ultimately forced them to provide one after two years of it being held up, and by the ICE agents own admission at his asylum interview – because he would not lie. That cost him 2 years without a work visa.

35. Plaintiff further contends that Franco Martinez Reguera's testimony raises serious concerns regarding the methods used during the investigation and the reliability of evidence gathered during that process.

36. Plaintiff submitted a notice of claim to the federal government concerning alleged misconduct associated with the investigation.

37. More than six months passed following submission of that notice.

38. USCIS thereafter issued the denial that is the subject of the current dispute.

39. Removal proceedings were subsequently initiated and a hearing was scheduled before an Immigration Judge.

40. Plaintiff maintains that the marriage was entered into in good faith, remained genuine throughout the relevant period, and was improperly characterized as fraudulent.

41. Plaintiff further maintains that significant favorable evidence was ignored, discounted, omitted, or mischaracterized during the adjudication process.

42. Plaintiff reserves the right to supplement this chronology as additional information becomes available through discovery and further investigation.

43. Locks were required on the rooms because each individual owns their own highly valuable sports memorabilia collections including rookie cards from such notable baseball players, and even a baseball, signed by Babe Ruth, Mickey Mantle, Neil Armstrong (with his fingerprint on it – one of a kind – Michael Jordan jerseys – all of which was advised to the agent during the interview but omitted from the denial.